TIMOTHY M. BURGESS
United States Attorney

RETTA-RAE RANDALL
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) COUNT 1: |
| | ) THEFT OF PUBLIC PROPERTY |
| | ) OR RECORDS |
| | )   Vio. 18 U.S.C. § 641 |
| MICHAEL SARGENT, | ) |
| | ) COUNTS 2 - 8: |
| Defendant. | ) THEFT OF PROPERTY USED |
| | ) BY POSTAL SERVICE |
| | )   Vio. 18 U.S.C. § 1707 |

INDICTMENT

The Grand Jury charges that:

COUNT 1

Beginning on or about January 27, 2005, and continuing to at least on or about December 8, 2005, in Anchorage, in the District of Alaska, the defendant, MICHAEL SARGENT, did knowingly steal, purloin, and without authority convey and dispose of any record, voucher, and thing of value in excess of $1000 of the United States and of any

department or agency thereof, to wit: postage statements for business mailings belonging to the United States Postal Service.

All of which is in violation of Title 18, United States Code, Section 641.

## COUNTS 2 - 8

On or about the dates set forth below, in Anchorage, in the District of Alaska, the defendant, MICHAEL SARGENT, did knowingly steal, purloin, and appropriate property used by the United States Postal Service to his own use and other than its proper use, and conveyed away any such property to the hindrance and detriment of the United States Postal Service, with each stolen document described below constituting a separate and distinct count:

| Count | Date | Description |
| --- | --- | --- |
| 2 | 10/31/2005 | Postage statement for AIH/GID mailing (via TNT Bulk Mailing), in the amount of $2,463.68. |
| 3 | 10/31/2005 | Postage statement for Anchorage Economic Development Co. mailing (via PIP Printing), in the amount of $1,352.22. |
| 4 | 11/1/2005 | Postage statement for UAA mailing (via Alaska Laser Printing), in the amount of $1579.32. |
| 5 | 11/9/2005 | Postage statement for Arctic Slope Regional Corp. mailing (via Alaska Laser Printing), in the amount of $1744.42. |

| 6 | 11/10/2005 | Postage statement for First National Bank Alaska, in the amount of $1985.53. |
| 7 | 11/11/2005 | Postage statement for FedEx Ground, in the amount of $2442.15. |
| 8 | 11/14/2005 | Postage statement for Anchorage Daily News, in the amount of $1893.31. |

All of which is in violation of Title 18, United States Code, Section 1707.

A TRUE BILL.

S/ Grand Jury Foreperson
GRAND JURY FOREPERSON

S/ Retta-Rae Randall
RETTA-RAE RANDALL
Assistant United States Attorney

S/ Deborah Smith
TIMOTHY M. BURGESS
United States Attorney

December 13, 2005
DATE