MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. MICHAEL SARGENT    CASE NO. A05-0224-MJ (JDR)
Defendant: X Present X In Custody

BEFORE THE HONORABLE: JOHN D. ROBERTS

DEPUTY CLERK/RECORDER: ROBIN M. CARTER

UNITED STATES' ATTORNEY: RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY: MARY GEDDES - APPOINTED

U.S.P.O.: PAULA MCCORMICK

PROCEEDINGS: INITIAL APPEARANCE ON COMPLAINT HELD 12/9/05:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:16 a.m. court convened.

X Copy of Complaint given to defendant; read.

X Defendant sworn.

X Defendant advised of general rights, charges and penalties.

X Financial Affidavit **FILED.**
  X Federal Public Defender accepted appointment; FPD notified.

X Preliminary Hearing set for **December 14, 2005 at 2:00 p.m.**

X Defendant detained/Detention Hearing set for **December 14, 2005 at 2:00 p.m.**  Order of Temporary Detention **FILED.**

X OTHER: Court and counsel heard re defense counsel's oral motion to have the defendant's keys returned; **GRANTED.** Court directed the government to return the keys by **12/9/05 by 3:00 p.m.**

At 11:54 a.m. court adjourned.

DATE: December 9, 2005    DEPUTY CLERK'S INITIALS: rc