```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs. MICHAEL SARGENT              CASE NO. A05-0118-CR (RRB)
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES' ATTORNEY:         RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY:            MARY GEDDES

U.S.P.O.:                        PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT / DETENTION HEARING
             HELD DECEMBER 14, 2005:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:07 p.m. court convened.

 X Copy of Indictment given to defendant; waived reading.

 X Defendant advised of general rights.
    X Waived full advisement of rights.

 X Defendant advised of charges and penalties.

 X Defendant stated true name: Same as above.      Age:    47

 X PLEAS: Not guilty to counts  1 and 2 of the Indictment.

 X Pretrial motions due  January 6, 2006  ; Order Regarding
   Preparation for Trial FILED.

 X Counsel advised no trial date has been set. Defense counsel
   unavailable from December 21, 2005 to January 3, 2006.

Court and counsel heard re defendant's oral motion to release the
defendant with conditions.

Matthew Hoffman sworn and testified on behalf of the plaintiff.
Plaintiff's exhibit 1 ADMITTED. Plaintiff's exhibit 2 IDENTIFIED.


                        CONTINUED ON PAGE 2

DATE:    December 15, 2005    DEPUTY CLERK'S INITIALS:    ak
```

```
                    CONTINUATION - PAGE 2
                  U.S.A. vs. MICHAEL SARGENT
                       A05-0118-CR (RRB)
            ARRAIGNMENT ON INDICTMENT / DETENTION HEARING
                       December 14, 2005
```

At 3:01 p.m. court recessed until 3:03 p.m.

Matthew Hoffman resumed the stand and testified further on behalf of the plaintiff.

Court and counsel heard re defense counsels oral motion for the production of statements; **DENIED.**

At 3:37 p.m. court recessed until 3:57 p.m.

Court heard. Court directed the defendant to have an assessment done by Doctor Aaron Wolfe on December 15, 2005. Continued Detention Hearing set for **December 15, 2005 at 3:00 p.m.**

At 4:17 p.m. court adjourned.

DATE:     December 15, 2005     DEPUTY CLERK'S INITIALS:     ak