UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FILED
DEC 16 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

UNITED STATES OF AMERICA    v.    MICHAEL SARGENT

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                                CASE NO.  A05-0118CR(RRB)

CAROLYN BOLLMAN

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**    DATE: December 16, 2005

      Before the Court is the Government's Motion to Revoke Order of Release and To Stay Proceedings Pending The Appeal and Review of Magistrate Judges Release Order Pursuant to 18, U.S.C. 3145(a), docket 10, filed on shortened time, at 9:49 a.m. on December 16, 2005, and Defendant's Opposition To Government's Motion to Revoke Order of Release and to Stay Proceedings, filed at 11:16 a.m. on December 16, 2005.  The Court understands that Defendant has been placed in an electronic monitoring device and was released to his third party custodians earlier in the morning of December 16, 2005.  The Court therefore was not permitted time to consider the matter prior to Defendant's release.  The court notes however that roughly five hours of testimony, including the testimony of a medical specialist, was presented to the Magistrate Judge before he crafted the release order that he did.  This Court will not attempt to second guess the Magistrate Judge at this junction of the case especially in light of the presumption in favor of pre-trial release.  Nevertheless the Government has set forth some significant concerns which require that the conditions imposed be strictly adhered to and closely monitored by the probation officer.  Moreover, given the very close call involved in this matter, this Court will schedule an evidentiary hearing, at the Government's request, if additional information, not presented to the Magistrate Judge, comes to light or if there is any indication that Defendant is violating the

[Sargent - RRB MO]{IA.WPD*Rev.12/96}

12

conditions of release. The Court would be especially interested if any of Defendant's co-workers expressed legitimate concern for their safety. In the mean time the Court has ordered a transcript, on an expedited basis, of the detention hearings of December 14, and 15, 2005, and will be prepared to proceed in the event any concerns whatsoever arise.

Therefore, for the reasons set forth above, the Governments Motion to Revoke Order of Release at docket 10, is Hereby DENIED, without prejudice, and will be reviewed by the Court again once the transcript of proceedings has been received.

```
A05-0118--CR (RRB)
-------------------------------------
M. GEDDES (FPD)
R. RANDALL (AUSA)
US MARSHAL

US PROBATION
```

12/16/05

[Sargent - RRB MO]{IA.WPD*Rev.12/96}