FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 20 AM 11: 10

Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL DAVID SARGENT,<br><br>                Defendant. | Case No. A05-0118 CR (RRB)<br><br>**MOTION TO STAY TIME FOR DEMAND OF BILL OF PARTICULARS** |

Defendant Michael David Sargent, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for a stay of the time in which to demand a bill of particulars. Mr. Sargent was arraigned on his indictment last Wednesday, December 14, 2005. His counsel is on leave until January 3, 2006, and therefore requests an extension of time to file a demand, if any, for a bill of particulars with respect to Count 1 of the Indictment.

17

DATED this 20th day of December 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

Mary C. Geddes
Assistant Federal Defender

Certification:
I certify that on December 20, 2005,
I hand delivered a copy of this document to:

Retta-Rae Randall, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

Karolyn Miller

2