**FILED**
**DEC 2 2 2005**
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

**MINUTES OF THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

UNITED STATES v. MICHAEL DAVID SARGENT

Case No. *A05-118 CR (RRB/JDR)*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant Magistrate Judge's Office

---

**MINUTE ORDER FROM CHAMBERS**

**RE: Motion to Stay Time for Demand for Bill of Particulars, Docket No. 17**

Defendant's motion to stay time for demand for bill of particulars is denied. The deadline for filing pretrial motions in this case is currently set for January 6, 2006.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

December 21, 2005

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2005\2005 CR\A05-118 CR (RRB) Sargent @17 MO Re Mtn to Stay.wpd

A05-0118--CR (RRB)    12-22-05
------------------------------------------------
M. GEDDES (FPD)
R. RANDALL (AUSA)

18