**AMENDED**
MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. MICHAEL SARGENT CASE NO. A05-0118-CR (RRB)
Defendant: X Present X In Custody

BEFORE THE HONORABLE: JOHN D. ROBERTS

DEPUTY CLERK/RECORDER: APRIL KARPER

UNITED STATES' ATTORNEY: RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY: MARY GEDDES

U.S.P.O.: PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT / DETENTION HEARING HELD DECEMBER 14, 2005:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 2:07 p.m. court convened.

X Copy of Indictment given to defendant; waived reading.

X Defendant advised of general rights.
X Waived full advisement of rights.

X Defendant advised of charges and penalties.

X Defendant stated true name: Same as above. Age: 47

X PLEAS: Not guilty to counts 1 *thru 8 of the Indictment.

X Pretrial motions due **January 6, 2006** ; Order Regarding Preparation for Trial **FILED.**

X Counsel advised no trial date has been set. Defense counsel unavailable from **December 21, 2005 to January 3, 2006.**

Court and counsel heard re defendant's oral motion to release the defendant with conditions.

Matthew Hoffman sworn and testified on behalf of the plaintiff. Plaintiff's exhibit 1 **ADMITTED.** Plaintiff's exhibit 2 **IDENTIFIED.**

CONTINUED ON PAGE 2

DATE: December 22, 2005 DEPUTY CLERK'S INITIALS: ak

CONTINUATION - PAGE 2
U.S.A. vs. MICHAEL SARGENT
A05-0118-CR (RRB)
ARRAIGNMENT ON INDICTMENT / DETENTION HEARING
December 14, 2005

At 3:01 p.m. court recessed until 3:03 p.m.

Matthew Hoffman resumed the stand and testified further on behalf of the plaintiff.

Court and counsel heard re defense counsels oral motion for the production of statements; **DENIED.**

At 3:37 p.m. court recessed until 3:57 p.m.

Court heard. Court directed the defendant to have an assessment done by Doctor Aaron Wolfe on December 15, 2005. Continued Detention Hearing set for **December 15, 2005 at 3:00 p.m.**

At 4:17 p.m. court adjourned.

***AMENDED**

DATE: December 22, 2005 DEPUTY CLERK'S INITIALS: ak