Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL DAVID SARGENT,<br><br>Defendant. | Case No. A05-0118 CR (JDR)<br><br>**UNOPPOSED MOTION FOR EXTENSION OF ONE BUSINESS DAY TO FILE PRETRIAL MOTIONS**<br>(Filed on Shortened Time) |

Defendant, Michael David Sargent, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for an extension of time for one business day to file pretrial motions in the above-captioned case. Retta-Rae Randall, Assistant United States Attorney, has no objection to this limited extension of time. No previous extensions have been sought.

That time is necessary because the undersigned counsel was on a planned two-week leave during the holidays until Tuesday, January 3, 2006, and because she was ill a portion of the day on Wednesday, January 4, 2006. The bulk of discovery in this case was provided on December 30, 2005. Discovery consists of 425 pages of discovery, 391 pages of which were delivered to her office on December 30. Two of the four CDs also provided as discovery were delivered on December 30,

2005, as well. Counsel has thus far reviewed the written discovery, but not yet the CDs' content, with her client.

DATED this 6th day of January, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on January 6, 2006, a copy of the foregoing Unopposed Motion for Extension of One Business Day to File Pretrial Motions, with attachment, was served electronically on:

Retta-Rae Randall, Esq.

/s/ Mary C. Geddes