UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL DAVID SARGENT,<br><br>                Defendant. | Case No. A05-0118 CR (RRB)<br><br>**PROPOSED ORDER EXTENDING TIME TO FILE PRETRIAL MOTIONS** |

After due consideration of defendant's unopposed motion to extend by one business day the time for filing pretrial motions, the motion is granted.

DATED January \_\_\_\_\_, 2006, in Anchorage, Alaska.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE