UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL DAVID SARGENT,<br><br>    Defendant. | Case No. A05-0118 CR (RRB)<br><br>**PROPOSED**<br>**ORDER CONTINUING TRIAL** |

  After due consideration of defendant's Unopposed Motion to Continue Trial, the court GRANTS/DENIES the motion. Trial in this matter, previously scheduled for January 30, 2006, is hereby continued to February ___, 2006, at 9:00 a.m., before the undersigned. A final pretrial conference shall be held on _____, 2006, at _____ a.m./p.m. Trial briefs, proposed jury instructions, and proposed voir dire shall be filed seven calendar days prior to the scheduled trial date.

  DATED _____, 2006, in Anchorage, Alaska.

                _____
                Ralph R. Beistline
                United States District Court Judge