```
             UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF ALASKA
```

　　　　　　 USA 　v.　 MICHAEL DAVID SARGENT 

DATE:　 January 20, 2006 　　CASE NO.　 3:05-CR-0118 RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:　**MINUTE ORDER FROM CHAMBERS
　　　　　　　　RE MOTION TO CONTINUE TRIAL**

---

　　　　Defendant's Unopposed Motion to Continue Trial (Docket 28), will be addressed at the final pretrial conference scheduled for **Wednesday, January 25, 2006, at 8:30 a.m.**, in Courtroom 2.

M.O. RE MOTION TO CONTINUE TRIAL