Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL DAVID SARGENT,<br><br>                Defendant. | Case No. A05-0118 CR (RRB)<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE TRIAL RELATED PLEADINGS** |

Defendant, Michael David Sargent, by and through counsel Mary C. Geddes, Assistant Federal Defender, respectfully moves this court for a brief extension of time - until January 27, 2006 - for the filing of trial-related pleadings (trial memoranda, jury instructions, voir dire, etc) in the above captioned case. Absent an extension, trial-related pleadings would be otherwise due this coming Monday, January 23, 2006.

This motion is unopposed by Assistant United States Attorney, Retta Rae Randall, and is made because the court has deferred its determination of the unopposed motion to continue trial until the pretrial conference on Wednesday, January 25, 2006.

DATED this 20th day of January, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org


Certification:


I certify that on January 20, 2006, a copy of the
foregoing document, with attachment, was
served electronically on:


Retta-Rae Randall, Esq.


/s/ Mary C. Geddes