UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>MICHAEL DAVID SARGENT,<br><br>          Defendant. | Case No. A05-0118 CR (RRB)<br><br>**PROPOSED**<br>**ORDER on UNOPPOSED MOTION TO EXTEND DEADLINE FOR SUBMISSION OF PRETRIAL PLEADINGS** |

After due consideration of defendant's Unopposed Motion to Extend Deadline for Submission of Trial-Related Pleadings, the court GRANTS/DENIES the motion. The present deadline of January 23, 2006, is hereby extended until January 27, 2006.

          DATED _____, 2006, in Anchorage, Alaska.

_____
          Ralph R. Beistline
          United States District Court Judge