UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL DAVID SARGENT,<br><br>　　　　　Defendant. | Case No. A05-0118 CR (RRB)<br><br>**ORDER on UNOPPOSED MOTION TO EXTEND DEADLINE FOR SUBMISSION OF PRETRIAL PLEADINGS** |

After due consideration of defendant's Unopposed Motion to Extend Deadline for Submission of Trial-Related Pleadings, the court GRANTS/DENIES the motion. The present deadline of January 23, 2006, is hereby extended until January 27, 2006.

DATED __1/23_____, 2006, in Anchorage, Alaska.

_____
Ralph R. Beistline
United States District Court Judge