Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400
Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL DAVID SARGENT,<br><br>　　　　　　Defendant. | Case No. A05-0118 CR (RRB)<br><br>**UNOPPOSED MOTION TO CONTINUE TRIAL** |

　　　　Defendant, Michael David Sargent, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for a continuance of trial, from the scheduled trial date of Tuesday, February 21, 2006, for at least six weeks.  This motion is unopposed by Retta-Rae Randall, Assistant United States Attorney.

　　　　This proposed continuance is occasioned by today's receipt of discovery from the government, i.e., a CD containing hundreds of documents obtained from Mr. Sargent's computer by the United States Postal Service.  Mr. Sargent's computer and media storage has been in the custody of the United States Postal Service since the time of his arrest.  Documents include narratives and spreadsheets created by Mr. Sargent, some of which possibly are relevant to his motives, according

to the case agent/postal inspector. Postal inspectors have had the opportunity to analyze the documents; the defense has not.

Because this case involves the receipt and analysis of documents pertaining to hundreds of postal transactions over a 12-month period, it is factually complex, and a continuance beyond the presently-scheduled trial date would serve the ends of justice under 18 U.S.C. § 3161(h)(8)(B)(ii). The counts allege thefts of postage statements, either property of or used by the Postal Service, by Mr. Sargent. Postage statements relate to the submission of bulk business mail for processing at USPS facilities. The government elsewhere has alleged that the items involved have a value in excess of $400,000, that the thefts occurred over 11 months, and date from hundreds of occasions.

The Flow of Discovery

At Mr. Sargent's arraignment on December 14, 2006, the court required government discovery to be provided by December 21, 2005. Some discovery was, in fact, received before that deadline. Additional discovery, though, has been received since then, on the following dates, and in the form described:

| Date Received by FPD | Form or Type | Amount – Volume |
|---|---|---|
| 12-22-05 | Paper | 33 pages |
| 12-22-05 | CD | 2 |
| 12-30-05 | Paper | 391 pages |
| 01-10-06 | VHS | 7 |
| 01-11-06 | Paper | 128 pages |
| 01-18-06 | CD/DVD | 3 |
| 01-19-06 | Paper | 58 |

| 01-31-06 | Paper | 667 |
| 02–6-06  | Paper | 411 |
| 02-13-06 | CD    | 1   |

### Scheduling Concerns

The parties believe that the trial date should be continued for approximately six weeks. They have not yet proposed a specific date for the rescheduled trial because they do no know the trial court's availability. The parties are able to identify dates on which the trial should not be scheduled: March 11-29 and April 24-28.[1] Assistant United States Attorney Randall also notes that she has a trial presently scheduled before this court in United States v. Mattson on May 8, although she does not know if the matter will proceed to trial.

### Conclusion

Because the nature of the prosecution requires familiarity with postal service bulk business mailing procedures, and an investigation of each of the nearly 500 instances relied upon for the Count 1 theft allegation, the undersigned seeks a continuance . The ends of justice will be served by allowing Mr. Sargent's attorney sufficient time to review the voluminous records recently provided and to obtain identification of the voluminous records provided in discovery, with sufficient time to prepare a constitutionally-adequate defense. As previously indicated, the request is unopposed.

///

---

[1] Beginning March 11, through March 29, either the defense investigator Bruce Johnson, the case agent/inspector Matt Hoffman, or Assistant United States Attorney Retta-Rae Randall is unavailable. Additionally, Mr. Hoffman is unavailable April 24 through April 28.

DATED this 13th day of February, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on February 13, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ Mary C. Geddes