UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL DAVID SARGENT,<br><br>　　　　　Defendant. | Case No. A05-0118 CR (RRB)<br><br>**PROPOSED**<br>**ORDER CONTINUING TRIAL** |

　　　　After due consideration of defendant's Unopposed Motion to Continue Trial, the court GRANTS/DENIES the motion. Trial in this matter, previously scheduled for February 21, 2006, is hereby continued to _____, 2006, at 9:00 a.m., before the undersigned. A final pretrial conference shall be held on _____, 2006, at _____ a.m./p.m. Trial briefs, proposed jury instructions, and proposed voir dire shall be filed seven calendar days prior to the scheduled trial date.

　　　　DATED _____, 2006, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Ralph R. Beistline
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge