Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400
Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>MICHAEL DAVID SARGENT,<br><br>           Defendant. | Case No. 3:05-cr-0118-RRB<br><br>**MOTION FOR HEARING ON<br>PROPOSED MODIFICATION OF<br>RELEASE CONDITIONS**<br>(*Filed on Shortened Time*) |

Defendant, Michael David Sargent, by and through counsel Mary C. Geddes,

Assistant Federal Defender, moves this court for a hearing concerning his proposal to modify the

release conditions in his case.  Mr. Sargent proposes a hearing for Friday, March 17, 2006, if

possible.[1]

Mr. Sargent proposes two change in his release conditions:  (1) that the court approve

additional 24-hour third-party custodians, and (2) that the court permit Mr. Sargent to visit his

residence now that all firearms and ammunition have been removed from the home.

---

[1]  Due to previously made travel plans, one of the proposed third-party custodians will not
be available March 20-23, 2006, to attend a court hearing.

Melanie Warnick, Clifford Elsmann, and Roger Prince all have submitted third-party applications to the Pretrial Services Officer, Paula McCormick. They ask the court to approve their supervision of Mr. Sargent. Currently, only Mr. Sargents' parents are approved custodians. Ms. Warnick already has been interviewed by Officer McCormick; Mr. Prince soon will be contacted.

Each of the proposed additional third-party custodians own weapons. They have disclosed this to Ms. McCormick, and represent that any firearms in their homes are wholly secured and will not be available to Mr. Sargent.

Mr. Sargent's release conditions require he reside with his parents at their residence. (Mr. Sargent does not propose, at this time, any change in this condition or curfew.) Early on in this case, the court prohibited Mr. Sargent from returning to his property, his home, because, as a federal firearms dealer, he had there maintained a substantial number of weapons and ammunition. Mr. Sargent has since had all of the firearms and all of the ammunition removed. In the company of a third-party custodian, Mr. Sargent would like to return to his home in order to clean and to organize his other possessions.

///

///

///

///

///

///

///

2

DATED this 16th day of March, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on March 16, 2006, a copy of the
foregoing document, with attachments, was
served electronically on:

Retta-Rae Randall, Esq.

and a copy was hand-delivered to:

Paula McCormick
United States Probation/Pretrial Services
222 West 7th Avenue, No. 48, Room 168
Anchorage, AK  99513-7562

/s/ Mary C. Geddes