UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>MICHAEL DAVID SARGENT,<br><br>               Defendant. | Case No. 3:05-cr-0118-RRB<br><br>**PROPOSED**<br>**ORDER SCHEDULING HEARING** |

After due consideration of defendant's motion on shortened time, the court GRANTS/DENIES the motion.

After due consideration of defendant's Motion for Hearing on Proposed Modification of Release Conditions, the court GRANTS/DENIES the motion. A hearing is scheduled for March _____, 2006, at _____ a.m./p.m., before

DATED _____, 2006, in Anchorage, Alaska.

_____
John D. Roberts
United States District Court Judge