DEBORAH M. SMITH
Acting United States Attorney

RETTA-RAE RANDALL
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:05-cr-118-RRB |
| ) | |
| Plaintiff, ) | REQUEST FOR SETTING OF |
| ) | HEARING ON PROPOSED |
| vs. ) | MODIFICATIONS OF |
| ) | RELEASE CONDITIONS AT |
| ) | LATER DATE |
| MICHAEL SARGENT, ) | |
| ) | (Filed on Shortened Time) |
| Defendant. ) | |
| ) | |
| ) | |

      Counsel for the government will be on leave out of district from Friday, March 17, 2006, through March 26, 2006.  Discussions with defense counsel did not result in an informal resolution of the bail matter.  Government counsel, who is most familiar with this case and the concerns about Mr. Sargent's involvement with

weapons, requests setting the Hearing on Proposed Modification of Bail upon her return on March 27, 2006 or thereafter.

There is nothing defense counsel's motion that shows that the hearing cannot be continued to a later date.

RESPECTFULLY SUBMITTED this 16th day of March, 2006 at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Retta-Rae Randall
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3380
Fax: (907) 271-1500
E-mail: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2006,
a copy of the foregoing was served
electronically on Mary Geddes.

s/ Retta-Rae Randall