Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL DAVID SARGENT,<br><br>                Defendant. | Case No. 3:05-cr-0118-RRB<br><br>**MOTION FOR STATUS HEARING**<br>**Filed on Shortened Time** |

       Defendant, Michael David Sargent, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for a status hearing before the district court at the earliest possible opportunity.  Mr. Sargent is available to attend on short notice.

       There are three reasons a hearing is requested.

       Mr. Sargent is scheduled for a jury trial on May 1, 2006.  Mr. Sargent wishes to waive a jury trial, and proceed before the district court.  This should be done on the record.

       There are other case-related matters presently under discussion by the parties which may resolve by the time of the hearing.

Finally, Mr. Sargent's trial attorney would propose to change the day of the pre-trial conference.

For these three reasons, a brief hearing before the district court is requested.

DATED this 17th day of April, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on April 17, 2006, a copy of the
foregoing, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ Mary C. Geddes