UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>MICHAEL DAVID SARGENT,<br><br>                    Defendant. | Case No. 3:05-cr-0118-RRB<br><br>**ORDER SCHEDULING<br>STATUS HEARING** |

After due consideration of defendant's motion on shortened time, the court GRANTS/DENIES the motion.

After due consideration of defendant's motion for status hearing, the motion is GRANTED/DENIED. A status hearing is hereby scheduled for April _____, 2006, at _____ a.m./p.m.

DATED _____, 2006, in Anchorage, Alaska.

                                                                                  _____<br>                                                                                         Ralph R. Beistline<br>                                                                United States District Court Judge