UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  USA   v.   MICHAEL DAVID SARGENT  

DATE:   April 18, 2006      CASE NO.   3:05-CR-0118-RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
                **SCHEDULING HEARING**

---

      Pursuant to Defendant's request at Docket 45, a status hearing will be held in this matter on **Thursday, April 20, 2006, at 1:30 p.m.,** in Courtroom 2 in Anchorage, Alaska.

Faxed to: USM, USP

M.O. SCHEDULING HEARING