IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:05-cr-00118-RRB |
| vs. ) | |
| ) | WAIVER OF TRIAL BY JURY |
| Michael Sargent ) | and |
| ) | WAIVER OF SPECIAL FINDINGS |
| ) | OF FACT |
| Defendant. ) | (Rule 23(a) and (c) Fed.R.Cr.Proc) |

The undersigned defendant hereby waives the right to a trial by jury and requests the Court to try all charges against him in this case without a jury.

The undersigned defendant further waives the right to request any special findings of fact as provided by Rule 23(c) of the Federal Rules of Criminal Procedure.

DATED _April 20_, 20_06_.

_____
Defendant

The undersigned attorney and counselor-at-law represents that prior to signing of the foregoing waiver, the defendant named was fully advised as to the rights of an accused under the Constitution and laws to a speedy and public trial by jury, and the right to request special findings in a case tried without a jury; and further represents that, in his/her opinion, the above waiver is voluntarily and understandingly made, and recommends to the Court that the waiver be approved.

DATED _April 20_, 20_06_.

_____
Attorney for the Defendant

The United States Attorney hereby consents that the case be tried without a jury and waives the right to request any special findings of fact as provided by Rule 23(c) of the federal Rules of Criminal Procedure.

DATED _April 20_, 20_06_.

UNITED STATES ATTORNEY,

By: _____
Assistant U.S. Attorney

APPROVED _April 20_, 20_06_.

**REDACTED SIGNATURE**

_____
United States District Judge/U.S. Magistrate Judge

(Rev 5/05)