Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHAEL DAVID SARGENT,<br><br>  Defendant. | Case No. 3:05-cr-0118-RRB<br><br>**MR. SARGENT'S<br>PROPOSED FINDINGS OF FACT** |

Defendant, Michael David Sargent, by and through counsel Mary C. Geddes, Assistant Federal Defender, hereby submits the following proposed stipulated facts regarding the identification of a postage statement.

1.  A postage statement is a form – or series of forms – created by the Postal Service, available online and at Post Offices, at no charge.

2.  Postal customers who have and utilize a postage meter for their bulk mailings complete one variety of postage statement, titled "Postage Affixed."[1]

---

[1] In this case, only Count VI alleges the theft of a postage statement of the Postage Affixed variety.  The statement reflects total postage in the amount of "$1,985.526" [sic].

3. Postal customers who have a bulk mail permit, and who wish to authorize business mailings under that permit, obtain a postage statement form which is sometimes titled "Permit Imprint."

4. A completed postage statement must accompany all bulk business mailings submitted to the Post Office Business Mail Entry Unit ("BMEU").

5. In the statement, the mailer (or mailer's agent) must identify the specific type, size, and weight of a bulk business mailing, and the manner in which it has been organized for mailing. The mailer is eligible for a discounted (or "bulk") postage rate depending upon the type of mail and the manner of its preparation, e.g., organized by zip code and mail carrier route. The multi-page postage statement includes a worksheet which allows the mailer to compute the total amount of postage due, based on those variables. The postage statement also requires a certification signed by the mailer or mailer's agent.

6. The various forms contain somewhat differently-worded certifications. However, the language of these certifications uniformly requires the mailer to be liable for any "revenue deficiencies" assessed on the mailing.

7. The BMEU employee who receives a bulk business mailing inspects the mailing to determine whether the mail has been properly identified and weighed, and postage correctly computed in the postage statement. If there is a significant variance between the Postal Service verification process and the information on the postage statement, the mailing is disqualified (rejected) and the mailer is contacted.

8. If the employee has determined that the mailing has been properly prepared and the postage has been properly computed on the postage statement, the employee then considers the matter of postage.

9. With respect to a Postage Affixed postage statement, the BMEU employee merely verifies that the mailing has, in fact, been metered.

10. With respect to a Permit Imprint postage statement, the BMEU employee must determine if the customer already has deposited sufficient funds with a Post Office cashier to cover the amount of the postage. He makes this determination by checking the recent Postal Service receipts and the BMEU computer database, "PostalOne!"[2]

11. Assuming metered mail or sufficient funds are accounted for, the Postal Service employee proceeds to enter the information from the postage statement into the PostalOne! system. The information entered identifies the customer, the mailer (if different), the type, weight, and rate of mailing, and total amount of postage required.

12. With respect to a Permit Imprint postage statement, the database also registers a debit, corresponding to the mailing, against the amount shown on deposit.

13. The database generates a form (3607), one copy of which accompanies the bulk mailing through the Post Office for its processing. The second copy of the 3607 is stapled to the postage statement. Both documents thereafter are filed and maintained by the Post Office for four years.

---

[2] If the deposits are insufficient to cover the cost of the postage, the mailing is rejected.

DATED this 27th day of April, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on April 27, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ Mary C. Geddes