Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL DAVID SARGENT,<br><br>Defendant. | Case No. 3:05-cr-0118-RRB<br><br>**ADMISSIONS OF MICHAEL SARGENT** |

Defendant, Michael David Sargent, by and through counsel Mary C. Geddes, Assistant Federal Defender, hereby submits the following admissions in preparation for trial in this matter.

1. I, Michael Sargent, agree that a postage statement is a record of a transaction between a postal customer and the United States Postal Service.

*MS*

2.  I, Michael Sargent, agree that I did knowingly steal, purloin, and without authority convey and dispose of postage statements between March 18, 2005, and December 8, 2005.

*MS*

3.  I, Michael Sargent, agree that I did knowingly steal, purloin and appropriate property used by the United States Postal Service, to my own use and other than its proper use, as follows:

| | | |
|---|---|---|
| Ref. Count 2. | 10/31/05 | Postage statement for AIH/GID mailing (via TNT mailing), noting "total postage" of $2,463.68. |
| Ref. Count 3. | 10/31/05 | Postage statement for Anchorage Economic Development Co. mailing (via PIP Printing), noting "total postage" of $1,352.22. |
| Ref. Count 4. | 11/1/05 | Postage statement for UAA mailing (via Alaska Laser Printing), noting "total postage" of $1,579.32. |
| Ref. Count 5. | 11/9/05 | Postage statement for Arctic Slope Regional Corp. mailing (via Alaska Laser Printing), noting "total postage" of $1,744.42. |
| Ref. Count 6. | 11/10/05 | Postage statement for First National Bank Alaska, noting "total postage" of $1,985.53. |
| Ref. Count 7. | 11/1/05 | Postage statement for FedEx Ground, noting "total postage" of $2,442.15. |
| Ref. Count 8. | 11/14/05 | Postage statement for Anchorage Daily News, noting "total postage" of $1,893.31. |



Dated: April 27, 2006

_____
Michael Sargent

Approved as to content and form this 27th day of April, 2006.

                                              Respectfully submitted,

                                              FEDERAL PUBLIC DEFENDER
                                              FOR THE DISTRICT OF ALASKA

                                              /s/ Mary C. Geddes
                                              Assistant Federal Defender
                                              Alaska Bar No. 8511157
                                              601 West 5th Avenue, Suite 800
                                              Anchorage, AK  99501
                                              Ph:  (907) 646-3400
                                              Fax:  (907) 646-3480
                                              mary_geddes@fd.org

Certification:

I certify that on April 27, 2006, a copy of the
foregoing document was served electronically on:

Retta-Rae Randall, Esq.

/s/ Mary C. Geddes