DEBORAH M. SMITH
Acting United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-00118-RRB |
| | ) | |
| Plaintiff, | ) | **SUPPLEMENTAL TRIAL BRIEF OF THE UNITED STATES** |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL SARGENT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Filed on Shortened Time |

   Michael Sargent is set for trial by the court Thursday, May 4, 2005.  The parties have reviewed the exhibits to be used at trial, with the defense agreeing to stipulate to some of them to prevent the need for witnesses to travel from out of state.  A Trial Exhibit list is attached.  An Exhibit Notebook of the original exhibits will be provided to the Court with a copy also provided to defense.

The defendant has admitted to some elements of the offenses charged; however, the issue of value remains for all Counts, and an additional issue remains for Counts 2 - 8: whether Sargent "conveyed away any such property to the hindrance and detriment of the United States Postal Service."

Rather than submitting proposed findings of fact or attempting to negotiate Stipulations, presenting the testimony of four witnesses will be most efficient. The witnesses testimony may overlap somewhat, but the government does not intend for its evidence to be cumulative or repetitive.

After a short opening statement, the United States intends to call as the first witness, Uni Han-Norton. She worked in the Business Mail Entry Unit (BMEU) at the same time as the defendant and has since become a BMEU analyst. She will testify about the BMEU, working in that Unit with the defendant, and the procedures involved for processing business bulk/permitted mail. Inspector Matt Hoffman, USPS, will then be used to summarize briefly the course of the investigation and lay the foundation for the Trial Exhibits. He will also identify documents he created summarizing the Postage Statements found in the trash and his analysis of the spreadsheet created by the defendant. Arthur Golez, BMEU Supervisor, will also testify briefly about the defendant's employment in the BMEU and will testify specifically about some of the Postage Statements while further clarifying BMEU

procedures. Beverly Christie, Manager of the BMEU, will testify as to the procedures being used by the United States Postal Service to collect for the by-passed mailings for which no revenue was collected.

The United States expects its case to take no more than one-half day, if that long.

RESPECTFULLY SUBMITTED this 3rd day of May, 2006, in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
> s/ Retta-Rae Randall
>Assistant U.S. Attorney
>222 W. 7th Avenue, #9, Room 253
>Anchorage, Alaska 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>Email: rettarae.randall@usdoj.gov

I declare under penalty of perjury that a true and
correct copy of the foregoing was served electronically
on Mary C. Geddes, Asst. Federal Defender on
May 3, 2006.

s/ Retta-Rae Randall
Office of the U.S. Attorney