# U.S. v. Michael Sargent
Case No. 3:06-cr-118-RRB
GOVERNMENT'S PROPOSED EXHIBIT LIST

| **Exhibit** | **Description** | **Stipulated** | **Admitted** |
|---|---|---|---|
| 1 | Spreadsheet recovered from Sargent's trash on 11/11/2005 | | |
| 2 | Spreadsheet recovered from Sargent's briefcase on 12/08/2005 | | |
| 3 | Spreadsheet recovered from Sargent's computer on 12/15/2005 | | |
| 4 | Postage statement, mailing date 10/31/2005, for AIH/GID mailing (via TNT Bulk Mailing), in the amount of $2,463.68. (recovered from trash 11/4/2005) (Count 2) | | |
| 5 | Postage statement, mailing date 10/31/2005, for Anchorage Economic Development Co. mailing (via PIP Printing), in the amount of $1,353.22. (recovered from trash 11/4/2005) (Count 3) | | |
| 6 | Postage statement, mailing date 11/1/2005, for UAA mailing (via Alaska Laser Printing), in the amount of $1,579.32. (recovered from trash 11/4/2005) (Count 4) | | |
| 7 | Postage statement (customer copy), mailing date 11/9/2005, for Arctic Slope Regional Corp. mailing (via Alaska Laser Printing), in the amount of $1,744.42. (recovered from trash 11/11/2005) (Count 5) | | |
| 8 | Postage statement (customer copy), mailing date 11/10/2005, for First National Bank Alaska, in the amount of $1,985.53. (recovered from trash 11/11/2005) (Count 6) | | |
| 9 | Postage statement, mailing date 11/11/2005, for FedEx Ground, in the amount of $2442.15. (recovered from trash 12/2/2005) (Count 7) | | |
| 10 | Postage statement, mailing date 11/16/2005, for Anchorage Daily News, in the amount of $1893.31. (recovered from trash 12/2/2005) (Count 8) | | |

| 11 | Postage statement, mailing date 10/27/2005, for RAMS, in the amount of $614,24, recovered from trash on 11/4/2005. | | |
|---|---|---|---|
| 12 | Postage statement, mailing date 10/28/2005, for State of AK, Dept. of Law, (via PIP Printing), in the amount of $410.20, recovered from trash on 11/4/2005. | | |
| 13 | Postage statement, mailing date 10/28/2005, for Anchorage Economic Devel. Co. (via PIP Printing), in the amount of $423.47, recovered from trash on 11/4/2005. | | |
| 14 | Postage statement, mailing date 10/28/2005, for Long House Alaskan Hotel (via PIP Printing), in the amount of $434.12, recovered from trash on 11/4/2005 | | |
| 15 | Postage statement, mailing date 10/28/2005, for American Diabetes (via TNT Bulk Mail), in the amount of $598.49, recovered from trash on 11/4/2005. | | |
| 16 | Postage statement, mailing date 10/282005, for AK Dept. of Fish & Game (via Speedy Mail), in the amount of $616.93, recovered from trash on 11/4/2005. | | |
| 17 | Postage statement, mailing date 10/28/2005, for Alaska's Marine Hwy (via PIP printing), in the amount of $746.73, recovered from trash on 11/4/2005. | | |
| 18 | Postage statement, mailing date 10/31/2005, for Avedis Group (via Express Bus. Serv. LLC), in the amount of $677.34, recovered from trash on 11/4/2005. | | |
| 19 | Postage statement, mailing date 10/31/2005, for Anchorage Concert Asso. (via AK Laser Print), in the amount of $944.44, recovered from trash on 11/4/2005. | | |
| 20 | Postage statement, mailing date 11/1/2005, for Anch. Assoc for Ed. (via AK Laser Print), in the amount of $60.25, recovered from trash on 11/4/2005. | | |
| 21 | Postage statement, mailing date 11/1/2005, for Providence, in the amount of $444.85, recovered from trash on 11/4/2005. | | |
| 22 | Postage statement, mailing date 11/1/2005, for Kikiktagruk Inupiat Corp. (via TNT Bulk Mailing), in the amount of $719.36, recovered from trash on 11/4/2005. | | |

| | | | |
|---|---|---|---|
| **23** | **Postage statement, mailing date 11/02/2005, for VFW-Post 10252 (via TNT Bulk Mailing), in the amount of $48.38, recovered from trash on 11/4/2005.** | | |
| **24** | **Postage statement, mailing date 11/02/2005, for Remax (via TNT Bulk mailing), in the amount of $366.40, recovered from trash on 11/4/2005.** | | |
| **25** | **Postage statement, mailing date 11/2/2005, for 176th Wing (via A.T. Pub.), in the amount of $440.17, recovered from trash on 11/4/2005.** | | |
| **26** | **Postage statement, mailing date 11/2/2005, for BBNC (Via TNT Bulk Mailing), in the amount of $761,95, recovered from trash on 11/4/2005.** | | |
| **27** | **Postage statement, mailing date 11/2/2005, for Techni Press Printing (via TNT Bulk Mail), in the amount of $789.93, recovered from trash on 11/4/2005.** | | |
| **28** | **Postage statement, mailing date 11/9/2005, for Prince William Sound RCAC (via TNT Bulk Mailing), in the amount of $479.04, recovered from trash on 11/11/2005.** | | |
| **29** | **Postage statement, mailing date 11/9/2005, for Mt. View Red Apple Mkt., in the amount of $38.50, recovered from trash on 11/11/2005.** | | |
| **30** | **Postage statement, mailing date 11/16/2005, for Anchorage Daily News, in the amount of $915.00, recovered from trash on 12/2/2005.** | | |
| **31** | **Postage statement, mailing date 11/16/2005, for Anchorage Daily News, in the amount of $419.34, recovered from trash on 12/2/2005.** | | |
| **32** | **Postage statement, mailing date 12/5/2005, for FedEx Ground, in the amount of $2379.45, recovered from trash on 12/8/2005.** | | |
| **33** | **Postage statement, mailing date 12/5/2005, for FedEx Ground, in the amount of $75.95, recovered from trash on 12/8/2005.** | | |
| **34** | **Alaska Laser Printing business mailings with certification dated 12/28/2005, and signed by John Brower.** | | |

| | | | |
|---|---|---|---|
| **35** | **BY-Passed Mails, Anchorage BMEU 2005 (Log) (Bate nos. 0000001-7)** | | |
| **36** | **Collections - BMEU Bypass Mailings** | | |
| **37** | **Summary List of Postage Statements recovered from trash on 11/4, 11/11, 12/02 and 12/08/2005** | | |
| **38** | **Analysis of accuracy of Sargent's spreadsheet through confirmed mailings (Bate nos. 0000604-613)** | | |