Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL DAVID SARGENT,<br><br>　　　　　　Defendant. | Case No. 3:05-cr-0118-RRB<br><br>**ADMISSION OF MICHAEL SARGENT** |

　　　　　Defendant, Michael David Sargent, by and through counsel Mary C. Geddes, Assistant Federal Defender, hereby submits the additional admission in preparation for trial in this matter.

　　　　　1.　　I, Michael Sargent, agree that, with respect to the postage statements referenced in counts 2-4 and 7-8, I "conveyed away such property to the hindrance and detriment of the United States Postal Service."

Dated: May 3, 2006　　　　　　　_____
　　　　　　　　　　　　　　　　　　Michael Sargent

Approved as to content and form this 3rd day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on May 3, 2006, a copy of the
foregoing document was served electronically on:

Retta-Rae Randall, Esq.

/s/ Mary C. Geddes