Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL DAVID SARGENT,<br><br>                Defendant. | Case No. 3:05-cr-0118-RRB<br><br>**SUPPLEMENTAL TRIAL BRIEF OF MICHAEL SARGENT** |

Defendant, Michael David Sargent, by and through counsel Mary C. Geddes, Assistant Federal Defender, having received the government's supplemental brief at 4:00 p.m. on the afternoon before trial makes the following response.

As Mr. Sargent has consistently said to opposing counsel and to this court, he has only wished to contest the issue of value with respect to the felony charges against him. It should be noted that government counsel has not previously asked for clarification – or admission – on this point. Nevertheless, clarification is given: *Mr. Sargent has no wish to pursue any issue except the one he has identified.*

That being said, it is hard to imagine any reason this issue will require the testimony of three employees from the United States Postal Service as well as that of the United States Postal Inspector, nor any testimony concerning the working relationships between these individuals and Mr. Sargent, nor "testimony concerning the defendant's employment." They are not relevant, and the court should preclude such extraneous subject matter.

Dated this 3rd day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on May 3, 2006, a copy of the
foregoing document was served electronically on:

Retta-Rae Randall, Esq.

/s/ Mary C. Geddes