Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>MICHAEL DAVID SARGENT,<br><br>                  Defendant. | Case No. 3:05-cr-0118-RRB<br><br>**CLARIFICATION CONCERNING**<br>**ADMISSION OF MICHAEL SARGENT** |

      Defendant, Michael David Sargent, by and through counsel Mary C. Geddes, Assistant Federal Defender, filed an admission this afternoon to the "hindrance" element of Counts 2-4 and 6-8. Counts 5 and 6 were not included in that admission because defense counsel was been informed on Tuesday afternoon that the government was most likely dismissing those counts at the time of trial. If that is not the case, Mr. Sargent will provide an admission to those counts as well at tomorrow's hearing. .

Dated this 3rd day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on May 3, 2006, a copy of the
foregoing document was served electronically on:

Retta-Rae Randall, Esq.

/s/ Mary C. Geddes