(Rev 5/06)

# LIST OF EXHIBITS

Case No. 3:05-CR-00118-RRB     Judge: **RALPH R. BEISTLINE**

Title  UNITED STATES OF AMERICA
vs.
MICHAEL SARGENT

Dates of Trial: May 4, 2006  Thru  May 5, 2006

Deputy Clerk/Recorder: Caroline Edmiston

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Retta-Rae Randall | Mary Geddes |
|  |  |
|  |  |

---EXHIBITS---

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | X | 5/4/06 | Spreadsheet recovered Sargents trash | A | X | 5/4/06 | Verification Sheet |
| 2 | X | 5/4/06 | spreadsheet | B | X | 5/4/06 | Acceptance work Sheet |
| 3 | X | 5/4/06 | spreadsheet | C | X | 5/4/06 | Drawing of Access |
| 4 | X | 5/4/06 | Postage Statement | D | X | 5/4/06 | Form |
| 5 | X | 5/4/06 | Postage Statement | | | | |
| 6 | X | 5/4/06 | Postage Statement | | | | |
| 7 | X | 5/4/06 | Postage Statement | | | | |
| 8 | X | 5/4/06 | Postage Statement | | | | |
| 9 | X | 5/4/06 | Postage Statement | | | | |
| 10 | X | 5/4/06 | Postage Statement | | | | |

Continuation
List of Exhibits

Page: 2

Case No: 3:05-CR-00118-RRB     Judge: RALPH R. BEISTLINE

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 11 | X | 5/4/06 | Postage Statement | | | | |
| 12 | X | | Postage Statement | | | | |
| 13 | X | | Postage Statement | | | | |
| 14 | X | | Postage Statement | | | | |
| 15 | X | | Postage Statement | | | | |
| 16 | X | | Postage Statement | | | | |
| 17 | X | | Postage Statement | | | | |
| 18 | X | | Postage Statement | | | | |
| 19 | X | | Postage Statement | | | | |
| 20 | X | | Postage Statement | | | | |
| 21 | X | | Postage Statement | | | | |
| 22 | X | | Postage Statement | | | | |
| 23 | X | | Postage Statement | | | | |
| 24 | X | | Postage Statement | | | | |
| 25 | X | | Postage Statement | | | | |
| 26 | X | | Postage Statement | | | | |
| 27 | X | | Postage Statement | | | | |
| 28 | X | 5/4/06 | Postage Statement | | | | |
| 29 | X | 5/4/06 | Postage Statement | | | | |
| 30 | X | 5/4/06 | Postage Statement | | | | |

Continuation List of Exhibits

Page: 3

| Case No: 3:05-CR-00118-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 31 | X | 5/4/06 | Postage Statement | | | | |
| 32 | X | 5/4/06 | Postage Statement | | | | |
| 33 | X | 5/4/06 | Postage Statement | | | | |
| 34 | X | 5/4/06 | Alaska Laser Printing Mailing Certification | | | | |
| 35 | X | 5/4/06 | By-passed Mails Log | | | | |
| 36 | X | 5/4/06 | Collections | | | | |
| 37 | X | 5/4/06 | 5 pages - Summary List of Statements | | | | |
| 38 | X | 5/4/06 | Analysis Spreadsheet | | | | |