UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL DAVID SARGENT,<br><br>                Defendant. | Case No. 3:05-cr-0118-RRB<br><br>**PROPOSED ORDER SCHEDULING<br>BAIL REVIEW HEARING** |

After due consideration of defendant's motion on shortened time, the motion is GRANTED/DENIED.

After due consideration of defendant's Motion for Hearing re Proposed Modification of Conditions of Release, the court GRANTS/DENIES the motion. A bail modification hearing is hereby scheduled for _____, 2006, at _____ a.m./p.m.

DATED _____, 2006, in Anchorage, Alaska.

                                          _____
                                          John D. Roberts
                                          United States Magistrate Judge