DEBORAH M. SMITH
Acting United States Attorney

RETTA-RAE RANDALL
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-00118-RRB(JDR) |
| | ) | |
| Plaintiff, | ) | OPPOSITION TO ANY |
| | ) | REMOVAL OF 24-HOUR |
| vs. | ) | THIRD-PARTY SUPERVISION |
| | ) | |
| MICHAEL SARGENT, | ) | (Filed on Shortened Time) |
| | ) | |
| Defendant. | ) | |
| | ) | |

      Michael Sargent ("Sargent") was found guilty by the court of 6 felonies and 2 misdemeanors on May 5, 2006. In the Findings of the court at Docket 61, page 6, the court stated: "Defendant's motive, although not an element of the crime charged, is instructive and was steeped in anger and a desire for revenge. Defendant actually kept a spread sheet tallying the amount of revenue he had cost the USPS, which reflected losses of $449,265.18 as of the time of his arrest." The amount of loss as found by the court will result in a jail sentence for Sargent. There is no evidence that Sargent's anger or desire for revenge against the USPS has diminished.

The United States is not opposed to the addition of another 3rd party custodian, if approved by Pre-Trial Services. The United States is also not opposed to Sargent returning to his house, in the company of his 3rd party custodian, to clean it for sale or rental; he should not be allowed to reside there. Sargent is doing well on supervision because of the restrictions imposed, but his whereabouts should be monitored at all times. Sargent is aware that he is facing additional felony charges for his illegal possession of firearms, and that an indictment is being pursued. He still has a firearms license and could readily access weapons if he is not under 3rd party supervision.

Facing a definite sentence of jail time and additional federal charges increases not only Sargent's resentment toward the USPS, but provides additional motive to flee. His convictions presume additional restrictions, not less. The requirement of 24-hour 3rd party custodians should remain.

RESPECTFULLY SUBMITTED this 17th day of May, 2006 at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Retta-Rae Randall
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3380
Fax: (907) 271-1500
E-mail: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2006, a copy
of the foregoing was served electronically on:
Mary Geddes.

s/ Retta-Rae Randall