Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>MICHAEL DAVID SARGENT,<br><br>                  Defendant. | Case No. 3:05-cr-0118-RRB<br><br>**UNOPPOSED MOTION TO MODIFY BAIL CONDITIONS**<br>(No Hearing Requested) |

       Defendant, Michael David Sargent, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this honorable court to approve a stipulated modification of his release conditions.  Assistant United States Attorney Retta-Rae Randall has been contacted and agrees to this change.  The parties do not request a hearing.

       The proposed modification is this:  That upon notification to the pretrial services officer, Mr. Sargent may travel, in the sight and sound company of custodians, outside of Anchorage to other locations in Southcentral Alaska.  Since the curfew and electronic monitoring remain in effect, overnight travel is not proposed at this time.

DATED this 26th day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on May 26, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ Mary C. Geddes