UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>MICHAEL DAVID SARGENT,<br><br>              Defendant. | Case No. 3:05-cr-0118-RRB<br><br>**PROPOSED<br>ORDER MODIFYING<br>BAIL CONDITIONS** |

After due consideration of defendant's Unopposed Motion to Modify Bail conditions, the court GRANTS the motion. Upon notification to the pretrial services officer, Mr. Sargent may travel, in the sight and sound company of third-party custodians, outside of Anchorage to other locations in Southcentral Alaska. No overnight travel is allowed. All other conditions of release shall remain in place, including curfew and electronic monitoring.

DATED May 29, 2006, in Anchorage, Alaska.

                                                                         ~~John D. Roberts~~<br>
                                                                        United States Magistrate Judge