UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


                    USA   v.   SARGENT

DATE:   July 6, 2006     CASE NO.   3:05-CR-0118-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **RESCHEDULING SENTENCING**

---

Due to a judicial calendaring conflict, the sentencing in this matter, presently scheduled for August 9, 2006, is **RESCHEDULED** and will now be held on **Tuesday, August 8, 2006, at 9:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. RESCHEDULING SENTENCING