Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>MICHAEL DAVID SARGENT,<br><br>                    Defendant. | Case No. 3:05-cr-0118-RRB<br><br>**NOTICE OF FILING LETTERS** |

       Defendant, Michael David Sargent, by and through counsel Mary C. Geddes, Assistant Federal Defender, hereby files for the court's consideration, letters to the court from the following individuals on behalf of Mr. Sargent.

              William and Kathryn Sargent

              Mark Smith

              Alan McCollough

              Melanie Warnick

              Matthew F. Warnick

              Roger W. Prince (3 pages) (unsigned; sent via email)

    Clifford J. Elsmann (3 pages)

    Christine M. Stegall

    Keith Stegall

    John Pratt

    Bernard Yescavage

    Steven A. Steenhout

    Mark Kelliher

    Larry Benson (2 pages)

    John R. Saari (2 pages)

DATED this 25th day of July, 2006.

    Respectfully submitted,

    FEDERAL PUBLIC DEFENDER
    FOR THE DISTRICT OF ALASKA

    /s/ Mary C. Geddes
    Assistant Federal Defender
    Alaska Bar No. 8511157
    601 West 5th Avenue, Suite 800
    Anchorage, AK  99501
    Ph:  (907) 646-3400
    Fax:  (907) 646-3480
    mary_geddes@fd.org

Certification:

I certify that on July 25, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

and a copy was hand delivered on:

Patricia Wong, Probation Officer
United States Probation/Pretrial Services Office
222 West Seventh Avenue, No. 48, Room 168
Anchorage, AK  99513

/s/ Mary C. Geddes