Anchorage, Alaska
July 9, 2006

Honorable Ralph Beistline
U. S. District Courthouse
222 West Seventh Avenue
Anchorage, Alaska 99501

Your Honor:

We respectfully request that you consider the following information before pronouncing sentence on Michael David Sargent.

Mike has been steadily employed since graduating from Bartlett High School in 1984. He has bought and paid for several vehicles and has owned two houses in Anchorage. He has always been a law-abiding citizen.

Mike has shown his compassionate nature by adopting stray cats and providing them with a safe environment. He has also taken a friend into his home who had tried to commit suicide several times and gave him a place to live for several months at no charge. This man is now happily married and employed.

Mike worked the evening shift at the Airport Post Office for over twenty years, often working twelve and fourteen hour days. We are convinced that the stress, and the fact that he was repeatedly turned down for more advantageous positions, led to an addiction to alcohol. Mike turned himself in for treatment, and was going to be terminated by the Postal Service until his Union intervened. Mike had been completely free from alcohol for seven years until a series of events involving his job caused a recent relapse.

During the last eight months that Mike has been in our custody, we have observed him closely. He realizes he has made a terrible mistake and is remorseful. He is severely depressed and we believe badly in need of mental health treatment and that further isolation resulting from incarceration would be extremely harmful to him.

William and Kathryn Sargent
2032 Shepherdia Drive
Anchorage, Alaska 99508
Tel. 276-0041

Mark Smith
11324 Via Balboa
Anchorage AK 99515
907-522-5998

Hon. Ralph Beistline,

My name is Mark Smith.  I have lived in Alaska for just over 26 yrs.  I am employed with an air carrier for the last 17+ years.

I learned of Mike Sargent personally almost 3 years ago through the shooting sport community and mostly through the Alaska Machine Gun Association.  He, I and others have worked together putting on firearm demonstrations for military and law enforcement, as well as community organizations.

Mr. Sargent has always been respectful of other's rights and points of view.  Of course this doesn't mean he agreed with them but still extended respect.

What happened at the Post Office seems so much out of character.  I understand and acknowledge that he is guilty (by both confession and the Court) and agree punishment is required.

He has already lost his job, his retirement, and with felony convictions, it will be very hard to pick himself up and move on.

Mr. Sargent is not a violent man, nor does he have violent tendencies.  Sure he gets aggravated, (as we all do) but he wouldn't lash out physically.

Mr Beistline, I only ask leniency in sentencing.

Regrards,

Mark Smith

July 10th, 2006

Attn: the Hon. Ralph Beistline
Re: Character assessment of Mike Sargent

I am a longtime Alaska resident, having lived here for 16 years, and am employed at the Alaska Native Medical Center as their Web Team Lead. I am married, have two lovely children, attend Calvary Chapel of Anchorage regularly, and have a variety of hobbies, including producing my own public access video program.

As part of producing my video program, I have had the good pleasure some years ago of meeting up with Mike Sargent, as part of a segment I taped showcasing the Alaska Machine Gun Association, of which Mike was a prominent member. Over the course of time at various AMGA events I got to know Mike better and was impressed with his unique character. He has always been quite helpful and willing to assist me with the many things that come up producing an on-location video shoot, and I have been very grateful for his assistance. Over the course of time I have come to appreciate his sense of humor, his selfless nature, and his willingness to take the time to explain things and be of any assistance.

It is unfortunate that Mike's unfortunate choice of actions have brought this situation to pass. Although I certainly cannot claim to see what is in the heart of a man, I do not believe Mike is a danger to society. I believe Mike has made a huge mistake, one that ultimately leaves him and his family as the only victims. As the intimate details of Mike's life have spilled out into the public arena as result of these circumstances, it would appear that maybe that Mike needs to get some counseling, and this may indeed prove beneficial for him. I ask that as you consider Mike's sentencing, you keep these things at heart, as I am sure you will.

Thank you for your time.

Alan McCollough
4233 Apollo Dr.
Anchorage, AK 99504
907-337-7608

Hon. Ralph Beistline,

My name is Melanie Warnick. I am a computer analyst for General Communications, Inc. I have worked at GCI for 6 years and have been an Alaskan resident for 7 1/2 years. My husband, Matt Warnick, met Mike Sargent 7 years ago in the Alaska Machine Gun Association. I have known Mike for 6 years.

I have been to numerous shooting events with Mike including charity shoots, competitive shoots, and informal shoots. I have also visited Mike at his house and have gone to lunch with Mike numerous times.

Mike Sargent has coordinated and participated in many charity shoots for organizations such as STAR, The Alaska Humane Society, and The Alaska World Affairs Council, as well as church organizations, sick children in need of medical care, and several military groups. Mike has always been selfless in donating his time, guns, and ammunition for a good cause. I have always thought of Mike as a friendly man, always caring about other people. I always knew that if I needed Mike's help, he would be more than willing to help and he has proven that time and time again.

When Mike was arrested in December of 2005, my husband and I took Mike's five cats into our house. I am currently one of Mike's third party custodians. I normally spend time with Mike once per week. I bring him over to my house to visit with his cats and also take him out to lunch or to the grocery store. I speak to him on the phone at least once a week.

I believe that Mike Sargent is not a violent or dangerous person. I have never seen Mike do anything violent or speak of any violence.

Mike is a responsible person. While I have been his third party custodian Mike has always been very concerned with the conditions of his release making sure that he always gets back to his parent's house on time and does not do anything that would put him in jeopardy of violating any of the conditions.

Melanie Warnick
21714 Karen Avenue
Chugiak, AK 99567
688-0831

July 17, 2006

Hon. Ralph Beistline

Dear Sir:

I am writing to provide character reference for Mike Sargent. I'm 36 years old and have lived in Alaska with my wife and son for the past 8 years. Previously I'd spent 1.5 years stationed on Adak as a U.S. Marine working in Naval Intelligence. I am currently employed with GCI as the Senior Manager of Commercial Business Operations.

I've had a personal relationship with Mike for the past 7 years. We initially met through a local shooting club and developed a friendship from then. We talked in person, via email, or phone usually at least once per week.

I'd like to provide you information that might not be common knowledge about Mike. I would like to talk about his caring and sensitive nature. Mike has given an untold number of hours and dollars to charity and other non-profit groups. This includes organizing and motiviating others to help. He worked for two years to hold a benefit auction for the Friends of Pets. His dedication to helping unwanted animals runs very deep.

Other non-profit groups and charity efforts that Mike has directly helped include: the Alaska World Affairs Council, church groups, Youth Day, sick children in need of medical assistance, etc.

I've always valued Mike's relationship with my family. He is very close to my wife and my son. Up until his recent legal issues he was always, and continues to be, a positive role model for my family. We feel strongly enough about Mike's well-being that we have agreed to take care of his pets until this issue is resolved.

Thank you for the opportunity to contribute. If I can provide additional information to help you resolve the need for punishment and the need for setting Mike's life back on the right path please contact me.

Sincerely,

Matthew F. Warnick
(907) 868-6588
Mwarnick1@gci.com
PO Box 671471
Chugiak, AK 99567

17 July 2006

The Honorable Ralph R. Beistline
U.S. District Court
222 W. 7th Avenue No. 4
Anchorage, Alaska 99513

cc:    Ms. Mary C. Geddes
       Assistant Federal Defender
       Federal Public Defenders Agency
       601 W. 5th Avenue
       Anchorage, AK 99517


RE:    Statement of Support
       For Michael D. Sargent

Dear Judge Beistline:

Please permit me to introduce myself - my name is Roger Prince and I have been a
resident of Alaska for thirty-five years. I am currently employed by the State of Alaska as
Securities Examiner, where I am responsible for conducting compliance examination of
securities professionals and investigating fraudulent investment scams or the
unauthorized sale of unregistered securities. In addition, I was employed by the Federal
Bureau of Investigation in the capacity as a Financial Analyst responsible for conducting
forensic analysis of evidence related to illegal activity. In addition to my professional
experience, when I lived in Fairbanks I was called to volunteer in the clerk's office
preparing accounting reports for the Stake President of the Fairbanks Stake of the Church
of Jesus Christ of Latter-Day Saints. Throughout my life I have held professional and
volunteer positions that had the highest levels of public trust. I come before the court to
assist a friend in their time of need.

I would like to take this opportunity to request consideration on behalf of Michael D.
Sargent. I have known Mike for several years and consider him a great friend. I want to
give the court some insight into my observations that I have of Mike and would like to
relay some events that have transpired over the years. In doing this, it is my hope that the
court will understand that Mike is a compassionate person who cares for all individuals
and animals.

A devoted vegetarian, Mike regularly talks about his no meat philosophy and relates it to
his difficulty making a meal out of a once living animal. I always kidded Mike that I had
no problem having my steak whether it was from Moose, Caribou, or the cow on the
farm. Mike humorously took my jokes in stride. I think one of the best recollections I
have is that he should have a booth named in his honor at Gallos Mexican Restaurant.
Because he is vegetarian, one of Mike's favorite dinners is the cheese enchiladas with rice
and beans that Gallos serves. Sunday dinner with Mike's parent was a ritual. I could

always count on Mike being out to dinner with his parents on Sunday night. Mike would always jokingly say he was making his appearance to check in on his parents.

Although his family of cats has been wrongly portrayed in both the media and from the prosecution, Mike had a live and let live philosophy with his cats. Over the years he housed a number of cats that basically could never be placed with a family because of behavioral or medical problems. I use to joke with Mike that the cats owned the house and let him live there. I have no doubt that Mike cares dearly for his family of cats. To that extent, I would like to point out the thousands of dollars Mike spent on veterinarian bills for all the cats to make sure they were healthy and had all their shots. When I use to visit Mike at his house, all of the cats would make their appearance and have to say "hi" to the visitor. I know Mike liked to talk at length about each cat and what they had been up to. Peanut is my favorite, such a loving cat. Peanut loved to sit on top of Mike's computer monitor and watch him work.

I had known Mike before joining the Alaska Machine Gun Association. The first time I went to an AMGA shooting event, I wasn't surprised to find a number of people just standing around and talking with Mike. I think Mike approached shooting more like a social gathering event than the actual shooting. He liked to talk to everyone and just catch up on how everyone was doing since the last time we all were together. Mike always had an open hand to shake and a smile. One thing I always noticed was that Mike always took time to talk to people who came up to ask questions about the firearms that we were using. He always said he enjoyed watching people shoot the firearms more than shooting them himself.

In all the times that I have been out shooting with Mike, he always conducted himself with safety being the first activity. From volunteering at Youth Firearms Safety Day to conducting training for military personnel being deployed to Iraq, Mike always conducted himself with safety in mine. He always professed to me that he only could see using firearms to shoot paper targets or just dirt than anything else. We talked about the books he use to read about war and military conflicts, and the human struggle that occurs no matter what the war or conflict, Mike talked to me about the emotional struggle and the cost in human life that was one of the compelling aspect to understand. I think in a lot of ways Mike was relating the struggle his father went through when he was in World War II, and through reading the books Mike did, he understood the sacrifice his father made. If anything, the military history books that Mike read made him know how precious life is. A friend of mine once told me a quote on a headstone in Arlington National Cemetery, that read, "Tread lightly for there are dreams buried here". I think that sentiment echoes how I know Mike feels towards firearms. I cannot ever conceive of a time that Mike would use firearms, other than in defense of family or country.

Mike charity work and his volunteering as a shop steward at the Postal Service show his dedication to helping other, whether or not they have fur! He spent countless hours helping his coworkers with their labor disputes, even to the point of taking vacation so he could concentrate on their needs when they had a labor dispute.

If I were to play a word association game regarding Mike, I would have to say that not

only is he compassionate like I stated in the beginning, but he is also trustworthy to a fault, dependable, easy-going, helpful, and sentimental. I know that Mike avoids conflicts. While he admits to his wrong-doing, he does not hold anyone at fault except himself.

Mike and I have talked at length about his actions with the case at hand. Mike knows how surprised I was. I told him that I would never in a million years think that he would have done anything like he did. Mike also knows that I am disappointed in his actions. From talking with Mike, I know that he never thought his activity would end up the way it has. But he accepts what has occurred and now just wants to move on and make the best of life.

I ask that the court take into account that Mike is a good person at heart. The stress that he was under at work was beyond hostile. He deserves any leniency the court can grant. I would plead the court take into consideration that he has already spent 9 months under some of the most restrictive pre-trial release requirements ever required.

I thank the court for their time.

Sincerely,


Roger W. Prince

Clifford J. Elsmann
2903 W. 78th. Avenue
Anchorage, Alaska 99502
907.243.4431  907.441.2494 C.

11 July 2006

To:           The Honorable Ralph R. Beistline
              U.S. District Court
              222 W. 7th Avenue No. 4
              Anchorage, Alaska 99513

Through:      Ms. Mary Geddes
              Federal Defender Agency
              601 W. 5th Ave, Suite 800
              Anchorage, Alaska  99501

Reference:    Michael Sargent, Docket No. A05-0118CR (RRB)

Subject:      Sentencing Phase Character Reference

Dear Judge Beistline:

Please allow me to introduce myself:  My name is Clifford Elsmann, and I live with my wife of fifteen years and our two young children in the Jewel Lake area of Anchorage.  I have been a resident of Anchorage for over thirty years.  I am employed as an Environmental Scientist and General Manager for a small Anchorage-based environmental consulting firm that was formed in 1994.  Our company provides environmental assessment services for federal, state and local construction and cleanup projects.

I am aware of the convictions for which Mr. Sargent will soon be sentenced, and I am also aware these convictions are appropriately punishable by a period of incarceration.  It would be very presumptuous of me to suggest the definition of a "reasonable punishment" in this (or any other) case;  that is not the purpose of this letter.  The purpose of this letter is to present relevant information about Mr. Sargent that might otherwise not be considered by the Court; that is, I wish to provide information to supplement the Court's review process, not to influence that process.

1 of 3

I have known Mr. Sargent since ca. November 1999, when I first consulted with him in his capacity as a Federal Firearm Licensee. Our relationship, that of vendor to client, developed into a friendship, and the insights into Mike's personality that came from that association and from observing Mike's interactions with other friends and family form the basis from which I have developed what I consider to be accurate conclusions regarding Mike's persona.

I have observed Mr. Sargent in diverse social situations, and have found him to be communicative and engaged. He is predictably among the first to volunteer his efforts and time, with good humor, to his family, friends, clients and associates. He is an effective and thoughtful speaker and negotiator. His concern for our community's abandoned animals and his vegetarian lifestyle exist in contrast to what we expect of the socially disaffected. He has an unmistakably deep respect for his parents, and his friendship is valued by those who know him.

I have never known Mr. Sargent to glorify violence or to be absorbed with it. As with most people who value and enjoy firearms, Mr. Sargent's enjoyment is rooted in a mature interest in their mechanics and the hands-on association with history they afford. I am quite certain Mr. Sargent is not a violent person, and have observed him using humor and a calm, reasonable attitude to diffuse potentially violent situations.

We are all certainly capable of selecting, to one degree or another, the personalities we project in different situations, and this is usually appropriate; however, there is also a foundational personality that is typically difficult to obscure over time and repeated observation, and particularly when we are faced with a stressful situation. A brief anecdote may provide some insight into Mr. Sargent's core personality:

In the summer of 2000, Mr. Sargent and I were among a group of 30-40 shooters enjoying a competitive shoot in the small town of Anderson, located south of Fairbanks. As we were engaged in the competition far down at the end of the range, unbeknownst to us a forest fire quickly developed behind us in the dry spruce that surrounded the range. By the time we noticed the flames cresting over the tree tops, we were only a few minutes away from being cut off from escape. Some people quickly fled, and that is understandable in such a panic-inducing situation. Mike chose to stay until it was certain our group and nearby campers were accounted for and safely out of the area. It is difficult to empirically quantify the strength of will and concern

2 of 3

for others those actions required, but they were not the actions of a disinterested or socially disengaged individual.

It is obviously (and perhaps understandably) difficult on the part of some to resist applying the cliché of "gun owning postal worker" (and all that phrase conjures) to Mr. Sargent. Everything we instinctively "know" about such a person comes readily to mind. This is not an accurate characterization of Mr. Sargent, and it does no service to this process or Mr. Sargent for him to be portrayed in that light, however convenient and effective the appellation may be.

I am certain of Mr. Sargent's remorse for his actions. We, his friends, understand his actions are deservedly punishable, and that his punishment precedes (and will continue after) the Court's sentence. We are confident Mr. Sargent will come to understand the underlying rationale for his actions. It is certain this process has already begun by his ready and unqualified acceptance of responsibility, and by his refusal to excuse or rationalize his actions.

In closing, Your Honor, I wish to reiterate these observations are made as objectively as possible under such situations, and that they are presented in the context of respect for our Judicial system and also a sense of dismay at and disappointment with the recent actions of Mr. Sargent. It is deeply hoped they are of some value as you assess and dispose this matter.

Sincerely,

Clifford J. Elsmann

Christine M. Stegall
701 Outlet View Dr.
Wasilla, AK 99654
(907) 376-0703

July 16, 2006

Dear Hon. Ralph Beistline,

My name is Chris Stegall and I've been an Alaskan resident for the last fourteen years. I've been employed with the North Slope Borough School District as an educator for the last six years and am currently employed by the Matanuska-Susitna Borough School District at the Finger Lakes School.

I've known Michael Sargent since May 2001. I was introduced to Mr. Sargent by my husband, Keith, through their mutual involvement in the Anchorage Machine Gun Association. Mr. Sargent has been a frequent guest in our home and a good friend. We've always known Mike to be a thoughtful, helpful friend. He was a committed member of Friends of Pets and was always vocal in is opinions that guns were to be used for recreation and not for harm. Mike is a devout vegetarian and has always been critical of my husband's love of hunting. This has been the subject of a few lively conversations at our house where Mike has always been clear that weapons were for recreation and self-defense. They were not to be used against anyone or anything that was defenseless. Mike and I had a variety of conversations on non-violence. The contents of these conversations leads me to strongly believe that no matter how unhappy Mike was with his job, no one was ever in harm's way.

He was a real comfort for both my husband and I when our daughter Grace was born dead in May 2003 and he proved to be quite helpful during my subsequent pregnancy with my daughter Katie. My obstetrician refused to allow me to return to the North Slope to continue my high risk pregnancy. I was not allowed to be more than fifty miles from the hospital so I remained in Anchorage with little or no support during this stressful period. During this time, Mr. Sargent frequently called or stopped by our house to check up on me and help me with household chores that I was unable to do. He offered to shop or do whatever was necessary to run my household since we lived on his way to work. I was grateful for the assistance and the good company that Mike provided. During this time, Mike was open about his discontent with his employment, but this discontent was always expressed as humor and run-of-the-mill commentary about the ineptitude of bureaucracies and faulty equipment. He never made any sort of comment that would lead one to believe that any coworker or superior was ever in harm's way.

In the course of getting to know Mike, his past has come up in discussion with both my husband and me. I've been aware of his past prosecution and substance abuse rehabilitation. In conversations with Mike he has always handled these issues honestly, and with a commitment to staying healthy. I have never seen Mike impaired in anyway or have ever felt uncomfortable around him.

I realize that Mike has committed a serious form of theft. There is no doubt about his accountability for that crime. I'm hoping that when you craft his sentence, that you will allow him the dignity of self-surrender. He has always been an excellent friend to our family and I believe to others as well.

Sincerely,

Christine M. Stegall

Keith A. Stegall
701 Outlet View Dr
Wasilla, AK 99654
(907) 376-0703


July 12, 2006


Dear Hon. Ralph Beistline:

My name is Keith Stegall. I have lived in Alaska for the last 22 years. I retired, just this year, from a teaching career on the North Slope.

I have known Mike Sargent since 2001. We became acquainted through the Alaska Machine Gun Association, of which Mike is a founding member. We formed a relationship based on our mutual interests of history in general, and firearms in particular. I have always found Mike to be friendly, intelligent, and always ready to help others. He has always been active in charity work (Standing Together Against Rape, Friends of Pets, the Humane Society and Council on World Affairs), and has personally adopted several problem cats that would have otherwise been destroyed because their behavior issues prevented normal placement.

Over the last several years we have become close, personal friends. I found Mike always ready to listen during times of my own crisis, including the loss of our first child, Grace. He was very helpful to myself and family during our next high risk pregnancy, which gave us our lovely daughter, Katie.

In the past few years, I have both loaned to and borrowed from Mike thousands of dollars on our given word, and found him to be completely trustworthy and honest. I would not hesitate to do so again.

During many hours of conversations I learned much of Mike's past difficulties, his values, morals and thoughts on the future. Yes, Mike has committed a serious crime and accepted responsibility. I do not believe it was for monetary gain or revenge but rather, in his own mind, an act of civil disobedience to highlight the dysfunction of the postal system. I have never seen Mike respond or react with violence or aggression to anyone for any reason. In all the time we spent together, violence was never an option or solution to any problem. Mike is a gentle, passive person and will probably not do well in prison. Perhaps self surrender, instead of prison transport, would ease his transition and preserve some dignity. As well as I know Mike, I do not believe he is a danger to himself or anyone else.

Sincerely,

Keith Stegall

Keith Stegall

16 July 2006

The Honorable Ralph Beistline
Judge of the United States District
Court for the District of Alaska
222 West 7th Avenue
Anchorage, Alaska 99501

Dear Judge Biestline:

I am a retired United States Air Force Officer who retired in 1996 with the rank of
Colonel. I am the President of Pratt Aviation Services, Inc., located in Anchorage,
Alaska. I am a reasonably long term resident of Alaska who moved here in 1972.

I have known Mr. Mike Sargent for a little over 4 years. We met through his firearms
business and continued our association through that business and through the Alaska
Machine Gun Association.

During the time I have known him, I have never seen him angry nor have I ever seen him
lose his temper. In fact, calm, rational, reasoned, logical and intellectual are words I have
used to describe him.

I understand that his crime of conviction is theft and that he has acknowledged that he did
it purposefully; however, I believe that the institution, rather than the people, was the
target of an incredibly poor decision on his part. His recent previous actions (grievances,
pending lawsuit) involving the institution were all conducted within the framework of the
legal options available to him.

I do not believe that he is, was, or will be a danger to his ex-coworkers or others based on
my observations of his interpersonal relationships over the time I have known him. I
believe that he now understands the far- reaching ramifications of his actions and the
penalties associated with them. His actions were mis-guided and inappropriate.

I urge you to provide an opportunity for treatment and rehabilitation and to provide for
punishment that will not subject him to the hardening and criminalization normally
associated with long term incarceration in a facility surrounded by a dangerous, hardened
criminal element.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

John Pratt

1557 Sunrise Drive, Anchorage, Alaska 99508
274-2990
pas@alaska.net

**The Honorable Ralph Beistline**

My name is Bernard Yescavage.I've been a resident of Alaska for 29 years and have worked for the US Postal Service for 25 years.I also served 12 years in the US Army.I met Mike Sargent when I first started working for the Postal Servive,and had the opportunity to work with Mike on numerous occasions.Mike was a very good worker who taught me a lot when I was starting my Postal career. He was very knowledgeable in is job and was always willing to help fellow co-workers with advice or show them a better way to get the job done and to keep the mail flowing.He got along well with his co-workers and was well liked.

Mike is one of the few people from work that I have invited into my home.I could always count on him when I needed help doing something.My wife also liked him because he was well mannered and very polite .Mike has also taken trips with my son and I to Valdez and Seward.My son always enjoyed being around Mike and never had anything negative to say about him.It's been a  pleasure having Mike as a friend for all these years.He made it fun coming to work everyday.

Bernard Yescavage
7450 Bravo Circle
Anchorage, Alaska 99507
349-3121

The Hon. Ralph Beistline

US Federal Court House

222 West 7th Ave.

Anchorage, Alaska 99501

Case of Mike Sargent vs.US Postal Service

Your Honor,

My name is Steven A. Steenhout, I'm a Federal Officer with the US Federal Protective Service, I was injured on the job in June 2003 and as of January 2004, I have been home on Federal Workman's Comp.  I have 18 years invested in the Federal Government. A job reassignment that accommodates my injury is still pending by my agency and the US Department of Homeland Security. I have been a resident of Alaska since March of 1999.

I'm writing you to day on behalf of Mike Sargent, I have known Mike for a period of four years. I have interacted with Mike both individually and in social settings. I have found Mike to be a easy going person of good caricature. I have never know Mike to ever be a threat of any kind to any one.  He is both generous and kind

It's your Honors decision on what happens next to Mike, I'm just requesting a minimum sentence possibly at a Federal Prison Camp, like the "Sheridan" facility and consideration of all that Mike has loss due to  all that Mike has loss and his lack of criminal history.

Mike is no threat to anyone your Honor.

Sincerely,

July 13th, 2006

Steven A. Steenhout

4622 Pavalof Street

Anchorage, Alaska 99507

Home Phone 907-770-3866

Cell Phone 907-301-6032


cc Mary Geddes

Federal Defender Agency
601 W. 5th Ave, Suite 800
Anchorage, Alaska  99501

July 13, 2006

Hon. Ralph Beistline:

My name is Mark Kelliher, I am a Professional Mechanical Engineer employed by the US Army Corps of Engineers. I have lived in Alaska since 1974, was a commissioned officer for 12 years in the US Army Reserves, and a veteran of Operation Iraqi Freedom II.

This letter is in reference to the character of Mike Sargent. I have known Mike since the summer of 2000 when he was referred to me as a Firearms dealer. I have since known Mike with our common hobby of firearms collecting as a part of the Alaska Machine Gun Association (AMGA). Mike has always been an honest and helpful person, who was enjoyable to be around. I consider Mike a friend as well as my firearm dealer. He was my primary dealer for transfer of NFA items for quite some time. I transferred over $15,000 worth of NFA items through Mike, as he was trustworthy and accommodating. He was always willing to lend a hand with club activities, as well as club shoots. For instance, the AMGA put on a demonstration shoot for members of the Alaska National Guard and Mike refused to be refunded for the cost of his ammunition-rather he felt it was an honor to provide the demonstration to our soldiers who shortly thereafter deployed to Iraq. This sentiment is also apparent in his assistance with numerous other activities, such as educational displays and demonstrations for various organizations.

In my time of knowing Mike I have never seen him lose his temper or perform a violent act, nor have I heard him make any threats of violence. I have heard him talk of personnel/management issues at work, and I know that he was very frustrated about things going on there, however I never heard him discuss any violent actions towards the people he worked with and for. He did discuss that he was filing EO complaints and other administrative/legal actions to try and rectify the problems at work.

I am greatly disappointed in what Mike did, and I do believe that if he would have realized what he was doing was a crime, he would not have done it, however it is no excuse for what occurred. Since his arrest I have only spoken with him on the phone. He has expressed his remorse for his actions and frustration with his decision to do what he did. The remorse seems to be that he was unaware that he was committing a crime, rather than getting his supervisors attention by not doing his job. He has also expressed his concern for friends and clients that have been severely inconvenienced by his actions, as well as his desire to make things right. This attitude is exactly what I have seen in Mike since I have known him.

If I can be of any further assistance, please feel free to contact me.

Respectfully submitted:

Mark Kelliher
12112 Lugene Ln.
Eagle River, AK 99577
694-9713



## American Postal Workers Union, AFL-CIO

**Midnight Sun Area Local 2756, PO Box 190485. Anchorage, Alaska 99519-0485**

July 14, 2006


The Honorable Ralph Beistline
C/O Federal Defender Agency
601 W. 5th Ave Suite 800
Anchorage, Alaska 99501


Dear Judge Beistline,

I am writing on behalf of Michael D. Sargent.

I am a 30 year postal employee in Anchorage, Alaska, a 10 year President of the
Midnight Sun Area Local of the American Postal Workers Union, AFL-CIO and an
Alaskan resident of 31 years.

I started my career at the Postal Service in July 1976 and first met Mr. Sargent when he
started his career with the Postal Service in August 1976. As young men we worked
together unloading mail from tractor trailers as our first postal duties.

As the President of the local union I solicit, appoint and de-appoint union stewards.

I appointed Mr. Sargent as I looked upon time in service, his abilities to understand and
enforce the terms of our collective bargaining agreements, his ability to communicate
with his fellow co-workers, officers, stewards, supervisors, managers and his ability to
work within the procedures set forth in settling disputes between the parties as
exceptional.

Observing Mr. Sargent's abilities as a union steward I appointed him arbitration
advocate for the local union. Mr. Sargent is the only arbitration advocate appointment
that I have made from within our local union in the 10 years of my presidency.

Mr. Sargent and I have been friends for the past 30 years and it truly is aberrational
what has happened. In talking to Mike he understands that he must except and has
accepted responsibility for his actions.

As a union steward he knew full well that there is no defense for his actions and admitted such to me shortly after his arrest. Mr. Sargent advised me that he did not want the union to file a grievance on his behalf and that he would resign his postal position and face the consequences.

You're Honor; please consider Mr. Sargent's 30 years of postal service and service to his fellow employee's as a union steward.

Mr. Sargent actions were wrong however they were also out of character. With all due respect please consider a short term incarceration and a longer probationary period.

Sincerely

Larry Benson
*President*

907-522-2798

To: Honorable Ralph Beistline

Your Honor,

I am writing this character letter about my friend, Michael D. Sargent who you will be sentencing August 8, 2006.

My name is John R Saari, and have lived in Alaska for more than 25 years and I am employed with Rainey Investments DBA Value Liquor.

I have known Mike Sargent for more than 11 years. We met in 1994 while we were both patients at Charter North Hospital, Mike was in for Drug/Alcohol Rehab and I was in for Severe Depression and suicide attempts. Mike and I became immediate friends and since day one Mike was instrumental in my recovery. When I got out of the hospital I basically had very little of a support system. I had a job at Fred Meyer as an Asst Mgr. but due to my depression the stress was too much at work and I asked to be let go. I had lost my trailer that I had bought and the friends I had couldn't handle my problems. Mike got a few of his friends and moved my belongings out of my trailer and into his house and let me stay with him rent free for as he put it, as long as it took to get on my feet, even though at that time he had lost his job with the post office.

I know about Mikes past with the drug and alcohol, as well as the phone calls he made to his female co-workers. I also know that Mike admitted to those phone calls even though because of his alcohol and drug abuse he doesn't remember making them. We were both in the hospital at the time the Post Office officials cam in while he was going through his treatment (which he admitted himself for) and made him aware of the calls and suspended him, which he knew was only a matter of time that they were going to fire him.(which they did approx 5 months later.) After Mike was released from the hospital he didn't do any drugs or drink any alcohol until very recently just before he was arrested. He drank a couple of ounces of Baileys Irish Cream and took some sort of sedative to help him sleep. I know that for the over 1 ½ years that Mike was gone from the Post Office he fought to get his job back and also applied for literally hundreds of jobs with no luck until just before the Post Office reinstated him.

I have met several of Mike's co-workers and at no time did they seed afraid of him or threatened by him. I also never heard any negative remarks from any of them. One of his co-worker friends Unie (?) would come over his house and help in clean it. Unie was in his dept but was recently promoted into management. Mike was even a pallbearer at her mother's funeral from what I understand. I never heard Mike say any threatening things about any of the Post Office employees. Mikes supervisor Art even bought a gun through him.

I know Mike has taken responsibility for what he has done. He told me after his arrest that he never intended to cause the Post Office to lose any money (that is why he kept his own records of all if it)

I know this letter is kind of bouncing all over the place and I apologize for that but I am not the best when it comes to letter writing of this sort.

I wanted to let you know that Mike is a great guy, he would give you the shirt off his back (he has done it for me) even though he was broke he would help me in any way he could, i.e.; when my truck broke down he paid the $400 to have it fixed and wouldn't let me pay him back. When I attacked and gang raped in 1995 he helped me through that for

years and would visit me in the hospital when things got to bad for me and help me in any way he could to keep me from falling off the deep end.

I saw what the Post Office had done to him in the last 10 years and Mike has always followed the rules through his Union (he was a Shop Steward) to try and correct them and never once did I hear him talk about revenge towards them, he only talked about following procedures to right the wrongs for him as well as his fellow Union members. I know that you are the one that does the sentencing and you have to do what the law states.  I pray that you keep in mind that Mike is a very good guy (and friend) that made a mistake and for that mistake he has lost his job of 25 years as well as his business for selling guns. (which has devastated him)

Thank you for taking the time to read my letter.

Sincerely,

John R. Saari
8566 Moorland St.
Anchorage, AK  99502
(907) 243-1443