Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>MICHAEL DAVID SARGENT,<br><br>       Defendant. | Case No. 3:05-cr-0118-RRB<br><br>**NOTICE OF FILING LETTER** |

      Defendant, Michael David Sargent, by and through counsel Mary C. Geddes, Assistant Federal Defender, hereby files for the court's consideration, a letter to the court from Jim Scott on behalf of Mr. Sargent.

///

///

///

DATED this 28th day of July, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on July 28, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

and a copy was hand delivered on:

Patricia Wong, Probation Officer
United States Probation/Pretrial Services Office
222 West Seventh Avenue, No. 48, Room 168
Anchorage, AK  99513

/s/ Mary C. Geddes