24 July 2006

To the Honorable Ralph Beistline.

Dear Sir,

I am writing this letter to you on behalf of Mike Sargent. It is my understanding that you are willing to receive letters of reference to his character. This is with hope to the benefit of his disposition. My apologies that this letter is a bit late in his case, family issues put me out of state and knowledge concerning Mikes current status.

My name is Jim Scott. I am 45 and have lived in Anchorage, collectively, for over 32 years. I am a retired Life Support technician of the Alaska Air National Guard, and am currently working as a graphics/layout designer with Homes & Land Magazine in Eagle River. I met Mike after attending a meeting of the AMGA (Alaska Machine Gun Association) several years ago (2001, I believe). This hobby (firearms regulated by the National Firearms Act) was the common ground that brought us together as friends, as with all the other club members, which range from legislators to police officers. In the years I have known Mike I have had the pleasure of many personal, topical discussions as well as AMGA events to share his company. Though I never thought I would be assessing his character in writing, I must say that it is an easy thing to do. Without even the thought of his defense here, these attributes I consider a sturdy benefit to Mike, which I must say, considering the testament of my own faith, find myself lacking...

Mike is very honest, if not candid in his relations with people, while maintaining a mutual respect. A characteristic I find refreshing is dealing with people. He, to a much lesser degree than most, doesn't put on a facade. He isn't afraid of telling the truth.
Mike is a very intelligent person, which I think contributes to his honesty.
He is humane and compassionate- one of the first people I have ever met as protective of animals as he is. Actively contributing to humane organizations, as well as personally loving and caring for multiple animals. He abhors cruelty to anything or anyone.
Though Mike has endured, and voiced, frustrations with individuals at his workplace for some time, I have NEVER seen or heard ANY suggestion of violence toward anyone, ever. I have never noted any violent demeanor or agitation from Mike, more to the contrary.
Additionally, Mike is a volunteer, and has a volunteer's spirit. He has, endlessly, contributed his time, and other expenditures, to social events through the AMGA. As it relates to me, personally, he contributed the supplies and time necessary for a recreational shooting event for my church, on two occasions. He ALWAYS does without complaint or recompense. I can go on, but I understand the need to keep this a brief as possible.

I am aware of Mike's charges, as he has been admittedly open with me concerning his actions. I can only hope that the court would find that Mike, though not guiltless of wrongdoing in the specifics concerning the Post Office, was not engaging in actions intended to provide gain. Rather, an administratively mischievous response to Mike's own perceptions of internal affairs at his workplace. Though, this is IN NO WAY OR MEANS, exonerates his actions, I only suggest that it presents him as something other than an individual bent criminal intent. In this I can only hope that it can be found possible to take a course of action that would be less than extreme.

I personally would miss Mikes company, and would do what I can to aid him is whatever the court would find as suitable penalty. For what it's worth, allow me to end this letter with this statement; Mike has admitted to me his substance abuse problem of the past, and has only and always been true to his rehabilitation, in words and action. His candor concerning the lessons he has learned about himself have always impressed me with a sense of sincere humility. I believe, in all earnest, this to be true concerning his actions and demeanor towards the Post Office and his fellow employees concerning this case.

With the highest regards

*Jim Scott*

Jim Scott
PO 221812
Anchorage, AK  99522-1812

(907) 248-1730