UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL DAVID SARGENT,<br><br>　　　　　Defendant. | Case No. 3:05-cr-0118-RRB<br><br>**PROPOSED ORDER** |

After due consideration of defendant's Motion to Continue Restitution Determination, the court GRANTS/DENIES the motion.

DATED _____, 2006, in Anchorage, Alaska.

_____
RALPH R. BEISTLINE
U.S. DISTRICT JUDGE