DEBORAH M. SMITH
Acting United States Attorney

RETTA-RAE RANDALL
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-118-RRB |
| Plaintiff, | ) ) ) | OPPOSITION TO MOTION TO CONTINUE |
| vs. | ) ) ) | RESTITUTION DETERMINATION |
| MICHAEL SARGENT, | ) ) ) | |
| Defendant. | ) ) ) | **Filed on Shortened Time** |

The United States of America opposes defendant's Motion to Continue Restitution Determination as it is merely a pretext to avoid incarceration.  Mr. Sargent is well aware of the total amount of loss to the United States Postal Service and he himself "subsequently identified each and every one of the business mailers whose accounts had not been 'timely' debited with the amount of postage they owed for their bulk mailings".   There is no element of surprise here, and no new information needing investigation by the defense.

Payments have been coming into the USPS on a daily basis from bulk mailers, which lessens the amount of restitution due by the defendant. The problem is that Sargent's criminal conduct included destroying the Postage Statements - the only proof of mailings done by bulk mailers - and some of the bulk mailers have been resistant to paying for mail for which there is no proof of mailings **except for** the spreadsheet of a convicted criminal. In addition, some of the mailers, without the Postage Statements, do not know which budget should be charged for the postage. For instance, University of Alaska at Anchorage does not dispute that bulk mailings may have been requested by departments in the University, but which department and therefore, what budget should make the reimbursement is impossible to determine.

Counsel for the government has requested the USPS to provide the total amount they have collected to date and which mailers will not be paying, if any, by August 1, 2006. Sargent was previously provided with this information and raised no objection at the time. Sargent's request should be denied.

RESPECTFULLY submitted this <u>31st</u> day of July, 2006, at Anchorage, Alaska.

    DEBORAH M. SMITH
    Acting United States Attorney

    s/ Retta-Rae Randall
    Assistant U.S. Attorney
    222 W. 7th Avenue, #9, Room 253
    Anchorage, Alaska 99513-7567
    Phone: (907) 271-5071
    Fax: (907) 271-1500
    Email: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**
I declare under penalty of perjury that a true and
correct copy of the foregoing was served electronically
on Mary C. Geddes, Asst. Federal Defender on
July 31, 2006.


s/ Retta-Rae Randall
Office of the U.S. Attorney