Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>MICHAEL DAVID SARGENT,<br><br>                    Defendant. | Case No. 3:05-cr-0118-RRB<br><br>**REPLY TO OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE RESTITUTION DETERMINATION** |

　　　　Defendant, Michael David Sargent, by and through counsel Mary C. Geddes, Assistant Federal Defender, respectfully provides two responses to the opposition filed by the government concerning his motion to continue this court's restitution determination.

　　　　First, the government has misread Mr. Sargent's motion, and unnecessarily and incorrectly vilifies Mr. Sargent. Mr. Sargent does not wish or expect to continue the imposition of sentence, only that portion of the hearing that involves the determination of restitution.[1] The

---

[1] Should Mr. Sargent be confined in a halfway house or incarcerated, he may participate telephonically.

pertinent statute provides for this bifurcation, as it is not infrequent that an accounting for restitution purposes is delayed, and there must still be sufficient opportunity for meaningful consideration of the amount involved. *See* 18 U.S.C. § 3664(d)(5) (providing a postponement of the determination of up to 90 days).

Second, Mr. Sargent did timely request the specific information which forms the basis for the government's position that "approximately $100,000" (PSR, para. 40) in restitution will be owing. The government informed the PSR writer that "the specific amount relating to restitution is pending," at para. 40, and the undersigned objected, requesting the specifics. Mr. Sargent's objections were provided to both government counsel and the PSR writer. Neither Mr. Sargent or the probation officer has seen the specific accounting yet, and a week before sentencing is unlikely to provide sufficient opportunity for a careful, effective review by Mr. Sargent's counsel.

Accordingly, Mr. Sargent requests that the determination of his restitution be postponed.

DATED this 31st day of July 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:
I certify that on July 31, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ Mary C. Geddes