DEBORAH M. SMITH
Acting United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-118-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF FILING IMPACT |
| vs. | ) | STATEMENT FROM UNITED |
| | ) | STATES POSTAL SERVICE |
| MICHAEL SARGENT, | ) | AND NON-PAYMENT LOG |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through counsel, and files

with the Court the attached Impact Statement of the United States Postal Service and

Mailer Non-Payment Log.

DATED at Anchorage, Alaska, this 1st day of August, 2006.

DEBORAH M. SMITH
Acting United States Attorney


 s/Retta-Rae Randall
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

Certificate of Service
I declare hereby certify that on August 1, 2006,
 a copy of the foregoing was served electronically
 on Mary Geddes, Assistant Federal Defender
and via hand-delivery Patricia Wong, US Probation.


   s/ Retta-Rae Randall
Assistant U.S. Attorney