MANAGER, FINANCE
USPS ALASKA DISTRICT


UNITED STATES
POSTAL SERVICE

The Honorable Ralph Beistline
US District Court
222 West 7th Avenue
Anchorage Ak 99513-7564

Subject:       Impact Statement Michael Sargent Case

I respectfully ask you to consider the impact that Mr. Sargent's crimes have had on the United States Postal Service (USPS), our employees, the public, as well as the Financial Systems of the USPS and the Business Mailing Community before pronouncing his sentence. Specifically:

- He terrorized numerous employees with his behavior causing us to hire an armed security service to protect our employees from potential harm. The cost of the security service to the USPS was approximately $16,000. The intangible costs, such as reduced productivity and additional leave usage, were additional costs to the USPS.

- He caused the USPS to process and deliver over $400,000 worth of mailings from our customers without collection of funds. This has caused financial hardship for several mailers who now have to produce payments for mailings that they believed they had already paid. It is my understanding one of these businesses may become financially insolvent as a direct result of this.

- The Postal Services ability to do business is based on maintaining the trust of our customers. This has created a negative image of the Postal Service in the minds of these customers.

- The sanctity of the mail is a protected and important part of the American culture. He intentionally inflicted financial harm to the USPS. He compromised the integrity of the Service as it relates to customer presenting Bulk Mailings as well as the general public due to media coverage.

- The USPS has incurred several hundred hours recreating/validating the record keeping in the Bulk Mail Entry Unit. As of today, administrative hours are still being incurred trying to collect all of the outstanding monies due the USPS. The current outstanding balance is approximately $60,000.

What may appear to be a victimless crime is not. Mr. Sargent's deliberate actions had a significant impact in terms of stress on our employees, lost productivity, financial collection and reporting, as well as eroding the confidence of those with which we do business. I appreciate the opportunity to provide you with this information.

William Lochmann
Manager, Finance
Alaska District USPS

3720 BARROW STREET
ANCHORAGE AK 99599-9995
907.261.5466
FAX: 907.261.5409