**MAILER NON-PAYMENT LOG**
**31-Jul-06**

| MAILER | PERMIT # | AMT DUE |
|---|---|---|
| AAEYC | 570 | $60.25 |
| AK Public Telecom | 227 | $567.50 |
| American Legion Post 1 | 298 | $140.00 |
| American Legion Post 28 | 105 | $101.77 |
| Arctic Office Products | 342 | $1,149.82 |
| Artique LTD | 599 | $1,399.63 |
| Bering Strait Native Corp | 226 | $2,042.72 |
| Dominos Pizza | 582 | $673.85 |
| Fish and Game - Bouwkamp | 145 | $3,687.45 |
| Hope Community Resources | 8 | $293.90 |
| IBEW | 413 | $6,935.58 |
| International Bridge | 236 | $461.75 |
| Lubavitch Jewish Center of AK | 501 | $600.61 |
| NANA Development | 444 | $1,696.33 |
| North Mail | 500 | $28,301.06 |
| Pioneers of Alaska Igloo #15 | 13 | $191.18 |
| Planned Parenthood | 713 | $2,479.76 |
| RAM | 125 | $7,111.05 |
| Substance Abuse Directors Assn | 619 | $760.42 |
| Yukon Drainage Fisheries | 643 | $534.09 |
| **TOTAL** | | **$59,188.72** |