Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>MICHAEL DAVID SARGENT,<br><br>                  Defendant. | Case No. 3:05-cr-0118-RRB<br><br>**MOTION FOR EVIDENTIARY<br>HEARING ON GUIDELINE ISSUES**<br>*Filed on Shortened Time* |

        Defendant, Michael David Sargent, by and through counsel Mary C. Geddes, Assistant Federal Defender, in accordance with Local Rule 32.1(f), moves this court for an evidentiary hearing at sentencing on those disputed issues previously identified in objections filed by the undersigned with the Presentence Report writer.  Her communications are appended to this document.  Counsel for Mr. Sargent estimates that the evidentiary phase of the proceeding should last no longer than one hour.

DATED this 1st day of August, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on August 1, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ Mary C. Geddes