DEBORAH M. SMITH
Acting United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:05-cr-118-RRB |
| ) | |
| Plaintiff, ) | |
| ) | **AFFIDAVIT OF POSTAL** |
| vs. ) | **INSPECTOR MATTHEW** |
| ) | **HOFFMAN** |
| MICHAEL SARGENT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

I, MATTHEW HOFFMAN, being first duly sworn upon oath, depose and say:

1. I am the Postal Inspector assigned to the above-captioned case.

2. On July 20, 2006, I was asked to describe how vacation time was allocated and approved at the Business Mail Entry Unit (BMEU), and when Sargent requested the vacation time he took from January to February, 2005.

3. On July 20, 2006, I contacted Art Golez, Supervisor of the Anchorage Business Mail Entry Unit. Golez stated the postal worker unions regularly circulate sign-up sheets for preferred annual leave times at various times of the year. Golez described this sign-up sheet as a union document and not an official Postal Service leave request. In the case of leave requests for January or February, Golez said the union would have circulated that sign-up sheet around the first week of November. Golez reviewed his records and told me Michael Sargent had requested January leave every year from 2003 to 2005. Golez stated that in 2005, Sargent could have signed the leave preference sheet anytime from November 8 to the end of December, 2005.

4. Golez provided me with a copy of the PS Form 3971, Request for or Notification of Absence, Sargent used to officially request the annual leave from January 10 to February 11, 2005. A copy of this form is attached as **Exhibit 1A**. Golez stated this form was submitted by Michael Sargent on December 15, 2004.

5. On July 20, 2006, I reviewed computer files obtained from the forensic analysis of Michael Sargent's home computer and digital media, which were seized pursuant to a search warrant executed on Sargent's residence on December 8, 2005. I reviewed a Microsoft Word document named "Beverly A". A copy of this document is attached as **Exhibit 1B**. This document represents a letter Sargent wrote to BMEU Manager Beverly Christie on December 19, 2004. In the letter, Sargent makes reference to receiving a letter dated December 13, 2004, in which Christie notified him that he was not promoted to the Business Mail Entry Analyst position.

6. In March, 2006, I verified with CompUSA and Federal Express via the order number and tracking number that Michael Sargent had signed on September 10, 2004, as receiving the Adobe Photoshop CS order shipped to USPS Mark Daly on

\\
\\
\\
\\
\\
\\
\\

September 8, 2004. Michael Sargent's signature is on Line 7 of the Federal Express Signature Record. See attached **Exhibit 1C and 1D**.

FURTHER AFFIANT SAYETH NAUGHT.

Dated: 8/1/2006

*Matthew Hoffman*
MATTHEW HOFFMAN
Postal Inspector
341 W Tudor Rd, #208
Anchorage, AK 99503-6648
Office: (907) 261-6324
Fax: (907) 562-8791

SUBSCRIBED AND SWORN TO before me this 1st day of August, 2006, Anchorage, Alaska.

Notary Public in and for Alaska
My Commission Expires: 5/16/08

[Notary Seal: BRENDA C. BIRMINGHAM, NOTARY PUBLIC, STATE OF ALASKA]