19 December 2004

Beverly A. Christie
Manager, Business Mail Entry
United States Postal Service
4141 Postmark Drive
Anchorage AK  99530-9651

**CERTIFIED MAIL  /  return receipt requested 7000 0520 0025 4656 2293**

**RE: Business Mail Entry Analyst selection**

Ms. Christie:

I am in receipt of your letter dated 13 December 2004 (copy attached), in which you advised me that Ms. Uni Han-Norton was the successful applicant for the position of Business Mail Entry Analyst EAS-15. As I had also applied and interviewed for this position, I was dismayed to note that you offered only "after careful consideration"" as the rationale for Ms. Han-Norton's selection, and I am at a complete loss to comprehend my comparative unsuitability for this position without further amplification of the reasons for your decision.

As you are well aware, I have been employed almost 30 years with the United States Postal Service, with the last 16 years as the Bulk Mail Technician within the Anchorage Business Mail Entry Unit; the successful applicant for the position has at least 10 years less service overall and less than half of the time employed within the Anchorage BMEU as a lower level Bulk Mail Clerk. Although, as I have stated to you on several occasions, Ms. Han-Norton is an exemplary employee and co-worker, I firmly believe that in addressing the qualification standards relative to the duties of this position, my demonstrated knowledge, skills and abilities are sufficiently more substantial to any unbiased evaluator. Ms. Han-Norton and myself shared the content of our respective PS-991 submissions and the resultant interview experiences, so I am familiar with both.

Accordingly, I must presume that factors other than the six indicated necessary demonstrated skills played a predominant role in your decision making process. I acknowledge from prior dialogues with you that we have fundamental philosophical differences over the utility and cost effectiveness of programs such as the BMEU Proficiency program, MERLIN viability, operational hours to maximize available staffing, etc. I can state categorically that I am fully capable of setting aside my personal opinions in support of unit goals, regardless of whether I am serving in a clerical or management capacity – I believe the past ranking of the Anchorage BMEU amply attests to this assertion.

As we are both aware, the loss of a full time position has created a significant hardship within the unit which has unfortunately led to my becoming increasingly active as an employee representative on behalf of the American Postal Workers Union regarding contract enforcement; I believe you may have given this activity on my part, which is protected under applicable laws and regulations, an unfairly negative connotation in your

decision making process. Interestingly, three of the six grievances filed were at the behest and insistence of Ms. Han-Norton There is little doubt on my part that an unbiased third party acting in the capacity of selecting official would have arrived at entirely different conclusion if they were to rely solely on the PS-991's submitted and follow-up interviews.

As I am sure you are aware as the selecting official that there are certain responsibilities incumbent with this role, particularly ensuring that the selection process is fair and equitable; specifically, the selecting official is charged under USPS handbook EL-312 with the following responsibilities:

### 747.2 Selecting Officials
The selecting official has the following responsibilities:
a. Assesses the applicant pool, defines the area of consideration, and selects applicants for vacancies.
b. Determines the need for a review committee (if less than 5 applications were received) and assembles only members who he or she has verified as certified in personnel selection methods training.
c. Provides background information to the review committee if needed. This includes any needs assessment and guidelines for the maximum number of applicants to be referred.
d. Notifies nonselected candidates in writing, expresses appreciation for their interest, and encourages them to improve their competitiveness for future vacancies.
e. Coordinates the selection and job offers with human resources.
f. Ensures that selections are made in accordance with all applicable selection principles, including equal employment opportunity laws, the Affirmative Action program, and diversity objectives.
***g. Explains the rationale for the selection process followed and the selection made, if either is questioned.***
h. Determines whether newly selected postmasters must relocate to the vicinity of the post office service area to meet operational and community needs.

Inasmuch as you have declined to personally advise me of the reason for the selection of Ms. Han-Norton, I respectfully request under 747.2(g) that you provide me with an explanation in writing detailing your rationale for doing so at your earliest possible convenience. I would also appreciate knowing of the total number of applicants that submitted PS-991's for this position and the composition of the review board, if applicable. I believe almost 30 years with the agency, and 16 years as an employee of your department (the longest clerical tenure of which I'm aware), have earned me the right to an explanation beyond the three sentence letter that I received.

It is with substantial regret that, having found myself the target of ridicule and derision as a result of your decision, in conjunction with the obvious fact that you now have little or no confidence in my abilities and performance, I have felt compelled to bid to a lower level clerical position domiciled at another location. I take no pleasure in having to take this action, but the combination of your lack of confidence, marginal to non-existent supervision, and the complete inadequacy of the present clerical complement leave me without any other viable option.

It is particularly troubling that, working short handed for almost a full year of endless 10-12 hour days during a political mailing campaign season that will doubtless set records for volume, neither I individually or the clerks in the unit collectively were ever given the slightest encouragement or expression of appreciation by our immediate supervisor; he had no such hesitation in berating us for overtime or any errors of omission or commission. I don't believe it's possible to experience this sort of frustration without actually experiencing being on the receiving end of such treatment.

I must also, with great regret, advise you that, in the event you elect not to reply, I will avail myself of all applicable avenues of appeal; this would include, but not necessarily be limited to, an EEO / REDRESS filing, a grievance under the applicable provisions of the National Agreement regarding nondiscrimination, and all means of recourse within official US Postal Service channels of concurrence and review.

In closing, permit me to say that I bear you no ill-will personally, though we have had (and would presumably continue to have) disagreements over a variety of topics, I've always been willing to listen to your position, and you have generally returned the courtesy. I am of the opinion that the subject matter, and, at times, the level of intensity of our discussions may have compromised your impartiality in regard to the selection of the best qualified candidate for this position.

Sincerely –



Michael D. Sargent
Bulk Mail Technician