# UNITED STATES POSTAL SERVICE™

## Request for Notification of Absence

| Employee's Name (Last, First, M.I.) | Social Security No. | Date Submitted | No. of Hours Requested | PP | Year |
|---|---|---|---|---|---|
| SARGENT, M.D. | 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 | 15 DEC 04 | 192 | | |

| Installation (For PM leave, show City, State, and ZIP Code) | N/S Day | Pay Loc. # | D/A Code | From Date | Hour |
|---|---|---|---|---|---|
| AMEU | S/S | 703 | 11-0 | 10 JAN 05 | 1500 |

| Time of Call or Request | Scheduled Reporting Time | Employee Can Be Reached At (If needed) | Thru Date | Hour |
|---|---|---|---|---|
| | | ☐ No Call | 11 FEB 05 | 2330 |

**Type of Absence**
- ☒ Annual
- ☐ Carrier 701 Rule
- ☐ LWOP (See Reverse)
- ☐ Sick (See Reverse)
- ☐ Late   ☐ COP
- ☐ Other: _____

**Documentation** (For Official Use Only)
- ☐ For COP Leave (CA1 on File)
- ☐ For Advanced Sick Leave (1221 on File)
- ☐ For Military Leave (Orders Reviewed)
- ☐ For Court Leave (Summons Reviewed)
- ☐ For Higher Level (1723 on File)
- ☐ Scheme Training Testing, Qualifying (Memo on File)

Revised Schedule for (Date): 

Approved in Advance: ☐ Yes  ☐ No

Begin Work:
Lunch-Out:
Lunch-In:
End Work:
Total Hours:

**Remarks** (Do Not Enter Medical Information)
NON PRIME TIME A/L SIGNED FOR

I understand that the annual leave authorized in excess of amount available to me during the leave year will be changed to LWOP.

Employee's Signature and Date: 15 DEC 2004

Signature of Person Recording Absence and Date:

Signature of Supervisor and Date Notified: /15

**Official Action on Application** (Return copy of signed request to employee)
- ☒ Approved, not FMLA
- ☐ Approved, FMLA
- ☐ Pending Documentation Noted on Reverse.
- ☐ Disapproved (Give Reason)

Warning: The furnishing of false information on this form may result in a fine of not more than $10,000 or imprisonment of not more than 5 years, or both. (18 U.S.C. 1001)

☐ Continued on Reverse

PS Form **3971**, June 1995

Calendar column: Day / Init. / Hours — Sat 01, Sun 02, Mon 03, Tue 04, Wed 05, Thur 06, Fri 07, Sat 08, Sun 09, Mon 10, Tue 11, Wed 12, Thur 13, Fri 14