CompUSABusiness.com - Order Details WC151740 	Page 1 of 1



## Order Summary

**Confirmation #:** WC151740
**Date:** 9/8/2004 3:38:07 PM
**Order Status:** Shipped
**Ship Method:** 2-Day Delivery

**Ship-To Information**　　　　　　　　　　　**Billing Information**

### Order Item(s) Detail

| Qty | Description | Delivery or Pick Up | Your Price | Total |
|---|---|---|---|---|
| 1 | Photoshop CS<br>Product Number: 307976<br>Brand: Adobe<br>Mfg. Number: 23101764<br>Usually Ships In: 24 - 48 Hrs<br>WSCA Contract free 2-day (-$24.49) | Delivery (2nd Day) | $675.40 | $675.40 |

|  |  |
|---|---|
| Sub Total: | $675.40 |
| Shipping: | $0.01 |
| Tax : | $0.00 |
| Total: | **$675.41** |

### Tracking Information

**Package 1:**

| | |  | |
|---|---|---|---|
| Signed for by | M.SEARGENT | Delivered to | Ship'g/Receiv'g |
| Ship date | Sep 8, 2004 | Delivery location | ANCHORAGE AK |
| Delivery date/time | Sep 10, 2004 4:35 pm | Service type | FedEx 2Day Service |

| Date/Time | | Status | Location | Comments |
|---|---|---|---|---|
| Sep 10, 2004 | 4:35 pm | Delivered | ANCHORAGE AK | |
| | 8:02 am | On FedEx vehicle for delivery | ANCHORAGE AK | |
| | 7:42 am | Arrived at FedEx Destination Location | ANCHORAGE AK | |
| Sep 9, 2004 | 5:39 pm | Arrived at Sort Facility | OAKLAND CA | |
| | 3:32 pm | Left FedEx Sort Facility | MEMPHIS TN | |
| Sep 8, 2004 | 11:28 pm | Left FedEx Origin Location | CORDOVA TN | |
| | 7:45 pm | Pickup status | CORDOVA TN | Pre-routed meter pkg picked up |

Close

CompUSABusiness.com - Order Details WC151740         Page 1 of 1



## ORDER SUMMARY

Confirmation #: WC151740

Date: 9/8/2004 3:38:07 PM

Order Status: Shipped

| SHIP-TO INFORMATION | BILLING INFORMATION |
|---|---|
| USPS<br>Mark Daly<br>4141 Postmark Drive<br>Anchorage<br>AK, 99502-9400<br>907-266-3238 | Alan A. Turner<br>USPS<br>1745 Stout St, Suite 1075<br>Denver<br>CO, 80299-7500<br>303-313-5133 |

### ORDER ITEM(S) DETAIL

| Qty | Description | Delivery or Pick Up | Your Price | Total |
|---|---|---|---|---|
| 1 | Photoshop CS<br>Product Number: 307976<br>Brand: Adobe<br>Mfg. Number: 23101764<br>Usually Ships In: 24 - 48 Hrs | Delivery<br>(2nd Day) | $675.40 | $675.40 |

|  |  |
|---|---|
| Sub Total: | $675.40 |
| Shipping: | $0.01 |
| Tax: | $0.00 |
| Total: | **$675.41** |

### TRACKING INFORMATION

**Package 1:**

| | | | |
|---|---|---|---|
| **Signed for by** | M.SEARGENT | **Delivery location** | ANCHORAGE AK |
| **Ship date** | Sep 8, 2004 | **Service type** | FedEx 2Day Service |
| **Delivery date/time** | Sep 10, 2004 4:35 pm | | |

| Date/Time | | Status | Location | Comments |
|---|---|---|---|---|
| Sep 10, 2004 | 4:35 pm | Delivered | ANCHORAGE AK | |

Close