**Fed** Services 

FedEx Services | eCOSMOS | EDR Imaging | Data Viewer

Querying prodDb for Sigrec Number A2423356565F delivered within 5 days of 09/10/2004. The indicated line number was 7.