Michael Newman
3945 Birchview
Wasilla, Alaska  99687
(907) 357-4776


July 19, 2006


The Honorable Ralph R. Beistline
222 West Seventh Avenue
Anchorage, Alaska  99523

     Re:    Michael Sargent

Dear Judge Beistline:

     I appreciate the opportunity to address your honor on the behalf of Mr. Sargent.  As a current member of the Alaska Board of Parole I have occasion to review similar letters from both family, friends and victims.  I have great empathy for the burden you shoulder on a daily basis, and unless I've misjudged you this sense of responsibility probably carries over into your private life in some fashion.  I therefore will not suggest nor recommend but rather give a brief of my history and a summation of Mr. Sargent as I know him.

     Alaska became my home of residence in 1964 shortly following the earthquake, and I graduated from West High in 1966.  I had a short trip to Vietnam in 1970 in the service of our country where I served with distinction.  I returned as did others in time to work on the pipeline during construction and operations.  I first worked security and unwittingly participated in the Tonsina riots as an observer.  Later I worked as a general laborer for Morrison, Knudson and Rivers.

     In 1976 I became a Correctional Officer working in my career maximum, booking, and program facilities.  I assisted in the opening of Ridgeview; at the time the only women's facility available in the State and was the program director there for approximately two and a half years.  In that capacity I was responsible the initial assessment from a treatment point of view of each prisoner regardless of sentence.  I designed and implemented the individual and group therapy venues during this period of time.  I learned a great deal. Later with corrections I became a sort of special projects officer taking prisoners all over the State recovering, transporting, and rebuilding for the Department.  Most of these excursions I was alone save for my crews which I hand selected from the general populations around the state.  My last assignment was to establish and developed the Point McKenzie facility.  I hand selected officers and inmates and the rest is as they say history.  I retired in 2002 with 26 years of service and am currently in the second year of my service on the board.  In my career I have encountered thousands of incarcerated men and women, and outside of a booking situation wherein the offender was on drugs or alcohol I have never been threatened, assaulted, grieved, litigated, nor had anyone escape or die on my watch.

The Honorable Ralph R. Beistline
July 19, 2006
Page 2


I met Mr. Sargent approximately eight years ago through participation in the Alaska Machinegun Assoc. and it's activities. This is a group of men and women with particular interests in collecting and firing military arms from around the world. Backgrounds are varied as are the career paths, however the common mortar is military arms. Mr. Sargent was unusual as he worked for the Postal Service, was a vegetarian, and a machinegun class 3 dealer. He was a novelty, and quite enjoyable to be around. I found him courteous, sensitive to others, and capable of working with others in a constructive manner. I have on more than one occasion observed him in seemingly potentially difficult situations defuse individuals thereby avoiding unneeded confrontations. His humor and wit at the end of a long day lightened the load for those about him. I have found him to be surprisingly open and forthright about his life regardless of whether it reflected poorly or not on him. This trait in and of itself is quite interesting as most of us delete the undesirable aspects of our lives and personalities and attempt to present a more balanced and controlled self. I was curious when I heard the charges of theft as I have found his integrity impeccable, however as the case unfolded I understood and the behavior fit with his concept of self and honor. Mr. Sargent is a walking paradox of perceptual conflicts, in some aspects he is quite conservative such as his enjoyment of recreational shooting, however his abhorrence of hunting animals or even defending himself with an NFA weapons is quite liberal; not at all what one might expect. Much was made of his home and it's cleanliness or lack thereof; it was a typical bachelor setting wherein the setting was not for visitors or dates as a single man might be expected to involve himself but rather his own interests which quite frankly are more cerebral than most males with whom I am acquainted. He is in reality quite timid and shy with an obvious nostalgic tendency towards archaic decency. Over the years it has been very rewarding to develop a friendship with this man, his thoughtfulness and generousity have shown through in every situation I have experienced around him. His joy and presence will be sorely missed by all who know and trust him.

In closing I would wish to thank you once again for this opportunity to address some thoughts with you and express that I wish we had met under different circumstances.

Sincerely,

Michael Newman