29 July 2006

**The Honorable Ralph R. Beistline
U.S. District Court
222 West 7th Avenue
Anchorage, Alaska   99513**

Your Honor:

My name is Michael Sargent and I am the defendant scheduled to appear before you for sentencing on 08 August 2006. I have resided in Anchorage, Alaska for the past 41 years, and, until my resignation in January of this year, have been employed by the United States Postal Service for the preceding 29 years.

I have had a considerable amount of time since my arrest to consider my actions. Although I was very much aware that my actions in failing to assess postage for mailings presented was wrong, I mistakenly believed that because I not benefited from these acts or intended permanent loss that I had committed no crime. I maintained a record of my activity with the expectation that discovery was inevitable, and with the expectation that this documentation would mitigate the scope and nature of my misconduct. I seriously deluded myself in regard to the seriousness of the course I had undertaken. I offer the preceding merely as an explanation – I realize that there is absolutely no valid excuse for my actions.

The commission of these acts had it's genesis in what I perceived as a solution to an ongoing workplace dispute that I was unable to resolve via other avenues. In my frustration, I failed to recognize the full consequences of my actions and to fully appreciate the extent to which my misconduct would affect others. As a long term employee of the Postal Service who had always taken pride in my work, I am ashamed of my behavior and deeply disappointed in myself; not only have I lost everything I have worked for my entire adult life, but I have clearly caused harm to the Postal Service and customers of the BMEU, and caused pain and disappointment to my former coworkers, my friends, and my family.

It is apparent to me that the thought process that ultimately led to the commission of this crime is abnormal; I have struggled with alcoholism for most of my adult life and would be appreciative of being able to continuing to avail myself of counseling.

In the event that a sentence of confinement is imposed, the Federal Prison Camp in Sheridan, Oregon would allow for the maintaining contacts with my family and I would be grateful for a judicial designation to this facility,.

Finally, your Honor, I would request, in the event of incarceration, your permission to self-report to whatever facility I am designated – the preceding months have been particularly difficult for my elderly parents and I would like to spare them the concern that the lack of communication while under transport would likely entail. For myself, having been released on third party custody pending trial and sentencing, it would mean a great deal to me to be able to be entrusted with the responsibility of self-surrender. I have tried to demonstrate responsibility by strict compliance with all of the conditions imposed by the Court during the extended period of pre-trial and pre-sentencing release and I would be most grateful for any consideration you might be able to extend in this regard, your Honor.

I stand ready to accept your judgment and to do whatever you require. I can only offer my sincere apology to the US Postal Service and its employees and customers for the harm my actions have caused.

Thank you for your time and consideration.

Sincerely,

Michael David Sargent