UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


USA   v.   SARGENT

DATE:   August 2, 2006         CASE NO.   3:05-CR-0118-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RE EVIDENTIARY HEARING**

---

The Court will expand the time set for sentencing in this matter on August 8, 2006, to permit the evidentiary hearing requested by Defendant.

M.O. RE EVIDENTIARY HEARING