Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL DAVID SARGENT,<br><br>　　　　　Defendant. | Case No. 3:05-cr-0118-RRB<br><br>**STATUS REPORT CONCERNING RESTITUTION DETERMINATION** |

Defendant, Michael David Sargent, by and through counsel Mary C. Geddes, Assistant Federal Defender, previously has moved this court to continue that portion of the sentencing hearing that pertains to restitution. The imposition of sentence is scheduled for August 8, 2006.

Counsel for Mr. Sargent is in the process of reviewing the specific listing, provided for restitution purposes, of the pertinent USPS accounts receivable. This listing was filed with this court earlier this week. Assuming that the restitution claims are limited to this listing, the undersigned believes that she will have sufficient opportunity to investigate the accounts prior to the sentencing hearing on Tuesday.

DATED this 3rd day of August 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on August 3, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ Mary C. Geddes