**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  USA  </u>  v.  <u>  SARGENT  </u>

DATE:   <u>  August 3, 2006  </u>      CASE NO.   <u>  3:05-CR-0118-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RESCHEDULING TIME FOR SENTENCING**

---

The **time** for the sentencing on **Tuesday, August 8, 2006,** is **changed** from 9:30 a.m. to **1:30 p.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. CHANGING TIME FOR SENTENCING