DEBORAH M. SMITH
Acting United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-118-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF FILING AFFIDAVIT |
| vs. | ) | OF POSTAL INSPECTOR |
| | ) | MATTHEW HOFFMAN |
| MICHAEL SARGENT, | ) | |
| | ) | |
| Defendant. | ) | **Filed on Shortened Time** |

COMES NOW the United States of America, by and through counsel, and files with the Court the attached Affidavit of Postal Inspector Matthew Hoffman (Exhibit 1).

DATED at Anchorage, Alaska, this 7th day of August, 2006.

DEBORAH M. SMITH
Acting United States Attorney


 s/Retta-Rae Randall
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

Certificate of Service
I declare hereby certify that on August 7, 2006,
a copy of the foregoing was served electronically
on Mary Geddes, Assistant Federal Defender.

  s/ Retta-Rae Randall
Assistant U.S. Attorney