DEBORAH M. SMITH
Acting United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL SARGENT,<br><br>        Defendant. | No. 3:05-cr-118-RRB<br><br>**AFFIDAVIT OF POSTAL INSPECTOR MATTHEW HOFFMAN** |

I, MATTHEW HOFFMAN, being first duly sworn upon oath, depose and say:

1.     I am the Postal Inspector assigned to the above-captioned case.

2. On August 2, 2006, I compared the Bypassed Mail log maintained by Business Mail Entry Unit (BMEU) management (entered at trial as Government Exhibit 35) with the spreadsheet Michael Sargent used to track the mailings for which he destroyed the accompanying Postage Statements and thus deprived the Postal Service of revenue (entered at trial as Government Exhibit 3). Based on this comparison, I determined that of the 501 mailings Sargent bypassed through the BMEU system, only 55 were discovered by BMEU managers during the time period of the offense. Therefore, BMEU managers only detected approximately 11% of the mailings Sargent bypassed through the BMEU.

3. During the first nine and a half months of 2005, Michael Sargent's workplace at the BMEU was undergoing a major renovation. As part of this renovation, the two video cameras normally installed in Sargent's work area were removed. These cameras were not reinstalled and restored to operation until October 20, 2005. Video surveillance was immediately initiated on Michael Sargent during his scheduled work hours, and on the third day of surveillance (10/24/2005), he was observed placing Postage Statements into his personal briefcase and leaving the BMEU. Video surveillance was conducted for a total of 21 days, and Sargent was observed placing Postage Statements into his personal

briefcase on 16 of those days.

4. The BMEU clerks all had the same job description; however, during Michael Sargent's scheduled work hours, between 7:00 p.m and 11:30 p.m., he worked alone and without the presence of a supervisor or other BMEU clerks.

5. The mail handler only reviews paperwork and moves cleared bulk mail from the BMEU; he does not handle the Postage Statements nor does he have log-in access to the PostalOne system.

FURTHER AFFIANT SAYETH NAUGHT.


Dated: 8/7/06

*Matthew Hoffman*
MATTHEW HOFFMAN
Postal Inspector
341 W Tudor Rd, #208
Anchorage, AK 99503-6648
Office: (907) 261-6324
Fax: (907) 562-8791

SUBSCRIBED AND SWORN TO before me this 7th day of August, 2006, Anchorage, Alaska.

*Kristine O'Neill*
Notary Public in and for Alaska
My Commission Expires: 10/26/2007