Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>MICHAEL DAVID SARGENT,<br><br>               Defendant. | Case No. 3:05-cr-0118-RRB<br><br>**NOTICE OF APPEAL** |

      Notice is hereby given that defendant, Michael David Sargent appeals to the United States Court of Appeals for the Ninth Circuit from the

        ( )    conviction only (Fed. R. App. P. 4(b)(1)(A))

        (X)    conviction and sentence

        ( )    sentence only (18 U.S.C. § 3742)

        ( )    order of restitution entered in this action.

      The sentence imposed was 30 months incarceration, 36 months supervised release, a $650 special assessment, and restitution yet to be determined.

DATED this 22nd day of August, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on August 22, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ Mary C. Geddes