**RECEIVED**
**SEP 1 2 2006**
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # 06-_____    U.S. District Court # 3:05-cr-00118-RRB

Short Case Title: United States v. Michael David Sargent

Date Notice of Appeal Filed by Clerk of District Court  8/22/2006

Section A - To Be completed by Party Ordering Transcript

| Hearing Date | Court Reporter | Proceedings |
|---|---|---|
|  |  | VOIR DIRE |
| 5/4-5/06 |  | Entire Bench Trial |
|  |  | SETTLEMENT INSTRUCTIONS |
|  |  | CLOSING ARGUMENTS |
| 4/20/06 |  | PRE-TRIAL PROCEEDINGS Status Conference |
| 4/28/06 |  | PRE-TRIAL PROCEEDINGS Pretrial Conference |
| 8/8/06 |  | OTHER: Sentencing |

(Attach Additional Page for Designations if Necessary)

( )  As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

( )  I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( )  I do not intend to designate any portion of the transcript and will notify Counsel of this intention.

(XX) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered  9/12/06          Estimated Date for Completion _____

Signature of Attorney  _[signature]_          Phone Number  646-3400

Address  Assistant Federal Defender
601 West 5th Avenue, Suite 800
Anchorage, AK  99501

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
(Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements fo payment have not been made pursuant to FRAP 10 (b).
    Approximate Number of Pages _____ Due

Date_____

Section C - To Be Completed by Court Reporter

Date Transcript Filed _____   Court Reporter's Signature _____