UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

**RECEIVED**
SEP 2 5 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**06-30498**

**CASE INFORMATION:**
Short Case Title: USA v Michael David Sargent
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: Ralph R Beistline, 3:05-cr-0118-RRB
Date Complaint/Indictment/Petition Filed: 12/7/2005
Date Appealed Order/Judgment *entered*: 8/17/2006
Date NOA *filed*: 8/22/2006

Court Reporter(s) Name and Phone Number: Tina J Grothause (907) 451-5791

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: _   Date Docket Fee billed: _
Date FP granted: _        Date FP denied: _
Is FP pending? no         Was FP Limited/Revoked?
US Government Appeal?  no
Companion Cases? Please list: _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:              Appellee Counsel:
Mary C Geddes                   Retta-Rae Randall
601 W 5th Ave Ste 800           222 W. 7th Ave #9
Anchorage, AK 99513             Anchorage, AK 99501
(907)271-5071                   (907)646-3400

_retained   _CJA   X_FPD   _FPD   _Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: _         Address: _
Custody: X_            _
Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _   9th Circuit Docket Number: _

Name and phone number of person completing this form: Tina J Grothause
(907) 451-5791