NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-118-RRB |
| Plaintiff, | ) ) ) | **STATUS REPORT** <br> **RE: RESTITUTION** |
| vs. | ) ) ) | |
| MICHAEL SARGENT, | ) ) ) | |
| Defendant. | ) ) ) | |

  The United States of America hereby notifies the court and the defendant that the amount of restitution which is being requested is $191.18.  With much effort and time expended, the United States Postal Service has succeeded in collecting payments from almost every mailer whose mailings Michael Sargent had allowed to bypass the system.  The final amount of $191.18 due from Pioneers of Alaska, Igloo #15, appears to be uncollectible.  The organization is no longer at the address given and is not able to be contacted via telephone.

RESPECTFULLY submitted this 3rd day of October, 2006, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney


 s/ Retta-Rae Randall
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov


**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing was served on Mary C. Geddes, Asst. Federal Defender on October 3, 2006.


s/ Retta-Rae Randall
Office of the U.S. Attorney