UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  USA  </u>  v.  <u> SARGENT </u>

DATE: <u>  October 4, 2006  </u>     CASE NO.  <u>  3:05-CR-0118-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**CHANGING TIME FOR HEARING**

---

The **time** for the restitution hearing scheduled for **October 11, 2006**, is **changed** from 1:30 p.m. to **1:00 p.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. CHANGING TIME FOR HEARING