NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-118-RRB |
|---|---|---|
| Plaintiff, | ) | **UNOPPOSED MOTION TO VACATE HEARING RE: RESTITUTION** |
| vs. | ) | |
| MICHAEL SARGENT, | ) | **Filed on Shortened Time** |
| Defendant. | ) | |

The United States of America hereby notifies the court and the defendant that the remaining amount of money has been collected: $191.18 which was due from Pioneers of Alaska, Igloo #15. As no amount in restitution is now being requested, the United States requests that the restitution hearing set for Wednesday, October 11, at 1:00 p.m. be vacated. The defendant does not oppose this request.

RESPECTFULLY submitted this 10th day of October, 2006, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

 s/ Retta-Rae Randall
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing was served on Mary C. Geddes, Asst. Federal Defender on October 10, 2006.

s/ Retta-Rae Randall
Office of the U.S. Attorney