UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
NOV 14 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>MICHAEL SARGENT,<br><br>Defendant - Appellant. | No. 06-30498<br><br>D.C. No. CR-05-00118-a-RRB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

RECEIVED
NOV 20 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Court Recorder Denali J. Elmore's motion for an extension of time to file the reporter's transcript is granted. The transcript is due December 29, 2006. The opening brief is due February 7, 2007. The answering brief is due March 9, 2007. The optional reply brief is due 14 days after service of answering brief.

A copy of this order shall be provided to Court Recorder Elmore at the district court.

For the Court:
CATHY A. CATTERSON
Clerk of the Court

*Alihandra M. Totor*
Alihandra M. Totor
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit Rule 27-10

pro 11.06.06