# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | Court of Appeals Docket No. |
| PLAINTIFF/APPELLEE |  |
| v. | Docket Number (s) of Court of Appeals Companion and/or cross appeals (if known). |
| MICHAEL DAVID SARGENT |  |
| DEFENDANT/APPELLANT | District Court Docket Number. 3:05-CR-00118-RRB |

# CERTIFICATE OF RECORD

    This certificate is submitted in conformance with Rule 11-2 of the local rules of the U.S. Court of Appeals for the Ninth Circuit. The record on appeal, consisting of the trial transcripts (if any) and the trial court clerk record, is ready for the purposes of the appeal. This record is available in the office of the U.S. District Clerk identified below.

    The documents comprising the trial court clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedure. These document numbers are reflected on the U.S. District Court docket sheet and should be used for reference purposes in the briefs.

    Appeals in habeas corpus and 28 USC 2255 motions to Vacate Sentence Case are treated as civil appeals in the Court of Appeals. Criminal appeals briefing schedules have been set by Time Schedule Order.

Transcript Dates: April 20, 2006; April 28, 2006; May 4 and 5, 2006; August 8, 2006.

Copy of Certificate of Record filed in U.S. District Court Date: February 12, 2007

                                                 IDA ROMACK
                                                 Clerk U.S. District Court
                                                 for the District of Alaska.


                                                 by: Carolyn Bollman
                                                 Deputy Clerk

{Certif.app Rev. 4/03}