Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL DAVID SARGENT,<br><br>Defendant. | Case No. 3:05-cr-0118-RRB<br><br>**MOTION TO AMEND JUDGMENT<br>AND TO ORDER THE REFUND OF<br>FELONY SPECIAL ASSESSMENTS,**<br>*Filed on Shortened Time* |


Defendant, Michael David Sargent, by and through counsel Mary C. Geddes,

Assistant Federal Defender, moves this court for the amendment of the judgment in the above-

captioned case because the Court of Appeals has reversed his six felony convictions.  The Court of

Appeals issued its mandate on October 12, 2007.  Because Mr. Sargent paid all special assessments

ordered by this court, he also respectfully requests the refund of the $600 in special assessments he

already paid for each of the felony convictions.

By way of background, Mr. Sargent was originally convicted in this district court of

six felonies and two misdemeanors.  He received a thirty-month sentence and a three year term of

supervised release.  Mr. Sargent appealed only his felony convictions.  Mr. Sargent's felony

convictions were reversed by the Circuit Court of Appeals on September 20, 2007, in a published opinion.  The published opinion does not anticipate any further action is to be taken by this court with respect to the reversed counts (I-IV and VII-VIII).

The Amended Judgment should therefore only reflect the sentences previously imposed by this court for the two misdemeanors (counts V and VI).  The district court had imposed concurrent sentences of 12 months' incarceration and one-year terms of supervised release.  Because Mr. Sargent has in fact already served his 12-month term of incarceration; completing it on October 9, 2007,[1] the Amended Judgment should reflect this 'time served' status as of October 9, 2007.

Finally. Mr. Sargent has attached a proposed order directing the return of the special assessments paid for felony counts I-IV and VII-VIII.

Dated this 15th day of October, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

---

[1] For the district court's information, the Court of Appeals ordered Mr. Sargent's release on bail as of October 9, 2007.

2

Certification:

I certify that on October 15, 2006, a copy of the
foregoing document was served electronically on:

Retta-Rae Randall, Esq.

and served by facsimile on:

Probation Officer Eric Odegard
(907) 271-3060

/s/ Mary C. Geddes