UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>MICHAEL DAVID SARGENT,<br><br>                  Defendant. | Case No. 3:05-cr-0118-RRB<br><br>**PROPOSED<br>ORDER DIRECTING REFUND OF<br>FELONY SPECIAL ASSESSMENTS** |

After due consideration of defendant's motion on shortened time, the motion is GRANTED.

After due consideration of defendant's Motion to Amend Judgment and To Order the Refund of Felony Special Assessments, the court GRANTS the motion. The clerk of court is directed to refund to Mr. Sargent the $600 he previously paid to the court for felony special assessments.

        DATED _____, 2007, in Anchorage, Alaska.

_____
Ralph R. Beistline
United States District Court Judge