Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL DAVID SARGENT,<br><br>Defendant. | Case No. 3:05-cr-0118-RRB<br><br>**ERRATA TO MOTION TO AMEND JUDGMENT AND TO ORDER THE REFUND OF FELONY SPECIAL ASSESSMENTS** |

Defendant, Michael David Sargent, by and through counsel Mary C. Geddes, Assistant Federal Defender, notifies the court and the parties of a potentially confusing statement in his Motion to Amend Judgment and to Order the Refund of Felony Special Assessments, filed at Docket No. 113.

In the last sentence of the first paragraph of his motion, Mr. Sargent states that he "requests the refund of the $600 in special assessments he already paid for each of the felony convictions." Mr. Sargent wishes to clarify this statement. He has paid a total of $600 in felony special assessments, $100 for each of the six felony convictions.

Counsel apologizes for any confusion this ambiguity may have caused.

Dated this 16th day of October, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on October 16, 2006, a copy of the foregoing document was served electronically on:

Retta-Rae Randall, Esq.

/s/ Mary C. Geddes