NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-118-RRB |
| | ) | |
| Plaintiff, | ) | **RESPONSE TO MOTION** |
| | ) | **TO AMEND JUDGMENT** |
| vs. | ) | **AND TO ORDER THE** |
| | ) | **REFUND OF FELONY** |
| | ) | **SPECIAL ASSESSMENTS** |
| MICHAEL SARGENT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The United States of America does not object to the refund of $600 in felony

special assessments, $100 for each of the six felony convictions which were

reversed by the Ninth Circuit Court of Appeals in this case.

In addition, the United States of America does not object to the Judgment

being amended in this case, but **does object** to the judgment merely reflecting a

sentence of "time served".   The Judgment should reflect the amount of time the

defendant served on the sentences received in Counts 5 and 6, specifically the

Judgment should state that the defendant be imprisoned for a total term of 12 months on each of Counts 5 and 6, with both counts to run concurrently, and with the defendant found to have completed the service of his sentence. The Judgment should reflect the seriousness of those convictions.

A Petition for Rehearing was not filed in this case; instead, consultation with the Department of Justice regarding the filing of a new Indictment is occurring.

RESPECTFULLY submitted this 18th day of October, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney


 s/ Retta-Rae Randall
RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and
correct copy of the foregoing was served electronically
on Mary C. Geddes, Asst. Federal Defender on
October 18, 2007.


s/ Retta-Rae Randall
Office of the U.S. Attorney

U S v. Sargent
3:05-cr-118-RRB                    2