IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>MICHAEL DAVID SARGENT,<br><br>      Defendant. | Case No. 3:05-cr-0118-RRB<br><br>**ORDER RE SPECIAL ASSESSMENTS AND AMENDED JUDGMENT** |

      The Court, having considered the Defendant's Motion to Amend Judgment and to Order the Refund of Felony Special Assessments at Docket 113, and the Plaintiff's Response thereto at Docket 119, hereby enters the following:

      1. The Clerk of Court is directed to refund to Defendant Sargent the $600 previously paid to the court for felony special assessments once an address is provided for Mr. Sargent.

      2. The Judgment in this case shall be amended to provide for a period of imprisonment of 12 months on each of Counts 5 and 6, with both Counts to run concurrently, with Defendant to receive credit for all time served to date.

      ENTERED this 22nd day of October, 2007.

                                          S/RALPH R. BEISTLINE
                                          UNITED STATES DISTRICT JUDGE