Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>MICHAEL DAVID SARGENT,<br><br>            Defendant. | Case No. 3:05-cr-0118-RRB<br><br>**NOTICE OF FILING PROPOSED AMENDED ORDER RE SPECIAL ASSESSMENTS AND AMENDED JUDGMENT** |

Defendant, Michael David Sargent, by and through counsel Mary C. Geddes,

Assistant Federal Defender, files herewith a proposed Amended Order Re Special Assessments and

Amended Judgment, which contains an address to which defendant's refund check can be mailed.

///

///

///

///

Dated this 23rd day of October, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on October 23, 2006, a copy of the
foregoing document was served electronically on:

Retta-Rae Randall, Esq.

/s/ Mary C. Geddes