```
             UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF ALASKA


          USA    v.   MICHAEL DAVID SARGENT

DATE:    October 23, 2007     CASE NO.   3:05-CR-0118-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               SCHEDULING HEARING
```

A status hearing will be held in this matter on **Wednesday, October 24, 2007,** at **10:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING