```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA

U.S.A. vs.   MICHAEL SARGENT    CASE NO.  3:05-CR-00118-RRB
Defendant:  X Not Present   X In Custody

BEFORE THE HONORABLE:          RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:         CAROLINE EDMISTON

UNITED STATES' ATTORNEY:       RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY:          MARY GEDDES

PROCEEDINGS: STATUS HEARING HELD 10/24/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

At 10:33 a.m. court convened.

Court and counsel heard re 9th Circuit Court of Appeals Ruling, clarification of the defendant's Amended Judgment, and the counts charged to the defendant.

Court and counsel heard re court order at Docket 120.

Counts 1, 2, 3, 4, 7 and 8 of the Indictment **DISMISSED.**

Amended Judgment to be entered re Counts 5 and 6 only.

$600.00 special assessment fees that were collected from the defendant to be refunded back to the defendant.

At 10:36 a.m. court adjourned.

DATE:   October 24, 2007      DEPUTY CLERK'S INITIALS:   CME

Revised 6-18-07